IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
(Brownsville Division)

| | | |
|---|---|---|
| MARY RAMIREZ, <br> JENNIFER ANGELA GOMEZ, <br> STACY AMY ROBERTS, <br> SARA ANN SOSA and <br> ISELA VILLARREAL, <br><br> Plaintiffs <br> v. <br><br> DAVID CARAVA and <br> JOINER FOOD SERVICE, INC., <br><br> Defendants | § § § § § § § § § § § § § | Civil Action No. B-02-239 |

## DEFENDANT JOINER FOOD SERVICE, INC.'S NOTICE OF CONSENT TO REMOVAL

Defendant Joiner Food Service, Inc. files this consent to removal under 28 U.S.C. § 1446(b).

1. Plaintiffs are Mary Ramirez, Jennifer Angela Gomez, Stacy Amy Roberts, Sara Ann Sosa and Isela Villarreal, Defendants are Joiner Food Service, Inc. Defendants are Joiner Food Service, Inc. and David Carava.

2. On May 31, 2002, Plaintiffs sued Defendants in the 197th Judicial District Court of Cameron County, Texas, for discrimination and tort claims arising from their employment.

3. Defendant was served with the suit on December 2, 2002.

4. On December 27, 2002, David Carava filed a notice of removal to federal court.

5. Defendant, Joiner Food Service, Inc. agrees with the notice of removal and consents to removal of this action to federal.

Respectfully submitted,

Benjamin M. Yudesis
State Bar No. 22232300
322 E. Harrison, Suite A
Harlingen, Texas 78550
956-423-2334
956-423-4461 - fax

Counsel for Defendant Joiner Food Service, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Defendant Joiner Food Service, Inc.'s Notice of Consent to Removal has been sent on this 30th day of December, 2002, via certified mail, return receipt requested to:

J. Arnold Aguilar
Law Office of J. Arnold Aguilar
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

M. Cheryl Kirby
Oppenheimer, Blend, Harrison & Tate, Inc.
711 Navarro, 6th Floor
San Antonio, Texas 78205

Benjamin M. Yudesis