IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
(Brownsville Division)

United States District Court
Southern District of Texas
FILED

JAN 2 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARY RAMIREZ, | § | |
| JENNIFER ANGELA GOMEZ, | § | |
| STACY AMY ROBERTS, | § | |
| SARA ANN SOSA and | § | |
| ISELA VILLARREAL, | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-239 |
| | § | |
| DAVID CARAVA and | § | |
| JOINER FOOD SERVICE, INC. | § | |
| | § | |
| Defendants | § | |

## LIST OF FINANCIALLY INTERESTED PARTIES

1. Mary Ramirez

2. Jennifer Angela Gomez

3. Stacy Amy Roberts

4. Sara Ann Sosa

5. Isela Villarreal

6. J. Arnold Aguilar, as attorney for the above-listed parties

7. David Carava

8. Richard I. Manas and M. Cheryl Kirby, as attorneys for David Carava

9. Joiner Food Service, Inc. (the undersigned does not believe it has a financial interest in this case)

10. Benjamin M. Yudesis, as attorney for Joiner Food Service, Inc.

302907-1/014753.001                              1

                    Respectfully submitted,

OPPENHEIMER, BLEND,
HARRISON & TATE, INC.

Richard M. Manas
State Bar No. 00794931
M. Cheryl Kirby
State Bar No. 00794097
711 Navarro, Suite 600
San Antonio, Texas 78205
Telephone: (210) 224-2000
Facsimile:  (210) 224-7540

Counsel for Defendant David Carava

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing List of Financially Interested Parties has been sent on this 24th day of January, 2003, via U.S. Mail to:

J. Arnold Aguilar
Law Office of J. Arnold Aguilar
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

Benjamin M. Yudesis
Attorney at Law
322 E. Harrison Avenue, Suite A
Harlingen, Texas 78550

M. Cheryl Kirby