6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 28 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARY RAMIREZ, | § | |
| JENNIFER ANGELA GOMEZ, | § | |
| STACY AMY ROBERTS, | § | |
| SARA ANN SOSA and | § | CIVIL ACTION NO. |
| ISELA VILLARREAL | § | |
| | § | B - 02 - CV - 239 |
| VS. | § | |
| | § | |
| DAVID CARAVA and | § | |
| JOINER FOOD SERVICE, INC. | § | |

---

**PLAINTIFFS' CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES**

---

TO THE HONORABLE U.S. DISTRICT COURT:

COME NOW **MARY RAMIREZ, JENNIFER ANGELA GOMEZ, STACY AMY ROBERTS, SARA ANN SOSA** and **ISELA VILLARREAL**, Plaintiffs herein and file this their Certificate of Disclosure of Interested Parties in the outcome of this litigation as follows:

(1) **Plaintiffs**
Mary Ramirez
Jennifer Angela Gomez
Stacy Amy Roberts
Sara Ann Sosa
Isela Villarreal

**Plaintiffs' counsel:**
J. Arnold Aguilar
LAW OFFICE J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, TX 78520

(2) **Defendant**
Joiner Food Service, Inc.

**Defendant Joiner's counsel:**
Benjamin M. Yudesis
322 E. Harrison Avenue, Suite A
Harlingen, TX 78550

(3) **Defendant**
David Carava

**Defendant Carava's counsel**:
Richard I. Manas
M. Cheryl Kirby
OPPENHEIMER, BLEND, HARRISON & TATE, INC
711 Navarro, Suite 600
San Antonio, TX 78205

(4) DRC Distributors, Ltd.

(5) Defendants have not yet identified their insurance carriers.

Signed on this the 28th day of January, 2003.

Respectfully submitted,

**LAW OFFICE**
**J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone : (956) 504-1100
Facsimile : (956) 504-1408

By: ______________________
J. Arnold Aguilar
State Bar No. 00936270
Federal Adm. No. 6822

Attorney for Plaintiffs,
MARY RAMIREZ, JENNIFER ANGELA GOMEZ, STACY AMY ROBERTS, SARA ANN SOSA and ISELA VILLARREAL

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing **PLAINTIFFS' CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES** has on this the 28th day of January, 2003, been forwarded via certified mail, return receipt requested to:

Mr. Richard I. Manas
Ms. M. Cheryl Kirby
OPPENHEIMER, BLEND, HARRISON & TATE, INC
711 Navarro, Suite 600
San Antonio, TX 78205

Mr. Benjamin M. Yudesis
Attorney at Law
322 E. Harrison Avenue, Suite A
Harlingen, TX 78550

J. Arnold Aguilar