IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY RAMIREZ, | § | |
| JENNIFER ANGELA GOMEZ, | § | |
| STACY AMY ROBERTS, | § | |
| SARA ANN SOSA and | § | CIVIL ACTION NO. |
| ISELA VILLARREAL | § | |
| | § | B - 02 - CV - 239 |
| VS. | § | |
| | § | |
| DAVID CARAVA and | § | |
| JOINER FOOD SERVICE, INC. | § | |

United States District Court
Southern District of Texas
FILED

FEB 0 7 2003

Michael N. Milby
Clerk of Court

## PLAINTIFFS' NOTICE OF CLARIFICATION

TO THE HONORABLE U. S. DISTRICT COURT:

COME NOW **MARY RAMIREZ, JENNIFER ANGELA GOMEZ, STACY AMY ROBERTS, SARA ANN SOSA** and **ISELA VILLARREAL**, Plaintiffs, and file this their Notice of Clarification of matters raised in their Motion to Remand and Memorandum in Support Thereof, and would respectfully show unto the Court the following:

1.01   On January 24, 2003, Plaintiffs filed their Motion to Remand and Memorandum in Support Thereof, urging that this action was improvidently removed from state district court because the removal was made untimely, the removal did not have the proper consent of all defendants, and there was no fraudulent joinder to establish a basis for removal. Although Defendant Joiner Food Service, Inc. in fact did file a Notice of Consent to Removal on December 30, 2002, Plaintiffs were only recently provided with a copy of that Consent, and were only recently able to confirm that it was in fact filed on December 30, 2002. Therefore,

although Plaintiffs previously represented that Defendant Joiner Food Service, Inc. did not file any consent at all, Plaintiffs now stand corrected and can agree that in fact Joiner did file its Consent, although Plaintiffs did not receive a copy on or about the date of its filing on December 30, 2002. Plaintiffs would also point out, however, that although Defendant Joiner alleges in its Consent that "Defendant was served with the suit on December 2, 2002," that representation is somewhat misleading. Only Defendant Carava was served on December 2, 2002. Defendant Joiner was served on October 24, thirty-nine (39) days earlier, a point curiously omitted from Defendant Joiner's Consent.

2.01   Plaintiffs continue to assert in their Motion to Remand that any Consent filed by Defendant Joiner was not timely, because it was filed more than 30 days after Defendant Joiner received notice of this lawsuit. Although Defendant Joiner was served with process on October 24, 2002, it did not file its Consent to Removal until December 30, 2002, 67-days later. Accordingly, Defendant Joiner's Consent was not filed timely. 28 U.S.C. §1446(a). In addition, as set out in Plaintiffs' Motion to Remand, Defendant Carava's removal of this action was untimely because it was filed more than 30-days after the first Defendant, Joiner Food Service, Inc., was served with process on October 17, 2002, and Plaintiffs have established that they may maintain an action against Joiner Food Service, Inc. and that there has been no fraudulent joinder herein.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs **MARY RAMIREZ, JENNIFER ANGELA GOMEZ, STACY AMY ROBERTS, SARA ANN SOSA** and **ISELA VILLARREAL** would respectfully request that upon consideration of Plaintiffs' Motion to Remand, that this matter be remanded back to state court for further proceedings herein.

Signed on this the 6th day of February, 2003.

          Respectfully submitted,

          **LAW OFFICE**
          **J. ARNOLD AGUILAR**
          Artemis Square, Suite H-2
          1200 Central Boulevard
          Brownsville, Texas 78520
          Telephone    : (956) 504-1100
          Facsimile    : (956) 504-1408

By: _____
    J. Arnold Aguilar
    State Bar No. 00936270
    Federal Adm. No. 6822

Attorney for Plaintiffs,
MARY RAMIREZ, JENNIFER ANGELA GOMEZ, STACY AMY ROBERTS, SARA ANN SOSA and ISELA VILLARREAL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **PLAINTIFFS' NOTICE OF CLARIFICATION** has on this the ___7th___ day of February, 2003, been forwarded via certified mail, return receipt requested to:

Ms. M. Cheryl Kirby
OPPENHEIMER, BLEND, HARRISON
  & TATE, INC
711 Navarro, Suite 600
San Antonio, TX 78205


Mr. Benjamin M. Yudesis
Attorney at Law
322 E. Harrison Avenue, Suite A
Harlingen, TX 78550


_____
J. Arnold Aguilar