United States District
Southern District of
FILED

FEB 1 2 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
(Brownsville Division)

| | | |
|---|---|---|
| MARY RAMIREZ, | § | |
| JENNIFER ANGELA GOMEZ, | § | |
| STACY AMY ROBERTS, | § | |
| SARA ANN SOSA and | § | |
| ISELA VILLARREAL, | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-239 |
| | § | |
| DAVID CARAVA and | § | |
| JOINER FOOD SERVICE, INC. | § | |
| | § | |
| Defendants | § | |

## DEFENDANT DAVID CARAVA'S OPPOSITION
## TO PLAINTIFFS' MOTION TO REMAND

COMES NOW Defendant David Carava and files his Opposition to Plaintiffs' Motion to Remand and in support would show as follows:

### I.    Introduction

Defendant David Carava filed his Notice of Removal based on the fact that his citizenship (California) is completely diverse from all Plaintiffs (Texas), and the citizenship of the other defendant, Joiner Food Service, Inc. (Texas), is not a consideration since it is an improper defendant under the doctrine of "fraudulent joinder."[1] The Plaintiffs' Motion to Remand contends that Joiner Food Service, Inc. is a

---

[1] "Fraudulent joinder" is a term of art to indicate the joinder of a non-diverse defendant whose presence in the lawsuit is ignored for purposes of determining diversity. "Fraudulent joinder" is found when the "plaintiff fails to state a cause of action against a resident defendant, and the failure is obvious according to the settled rules of the state." *Morris v. Princess Cruises, Inc.*, 236 1061 (9th Cir. 2001). Willful misconduct is not an element of proof of fraudulent joinder.

303412-1/014753.001                     1

"proper" defendant and argues, on both procedural and substantive grounds, that the removal is therefore ineffective. Each of the grounds raised by the plaintiffs wholly depends on the plaintiffs showing that Joiner Food Service, Inc. is a proper party against whom they can possibly establish a cause of action. But the evidence establishes the contrary – they have no possibility of establishing a cause of action against Joiner Food Service, Inc.

**II.    Procedural argument that Defendant that Joiner Food Service, Inc. did not effectively consent to the removal is irrelevant since Joiner Food Service, Inc. is an improper party.**

The plaintiffs argue that the removal is defective because Defendant Joiner Food Service, Inc. did not join in the removal petition within thirty (30) days of its receipt of service. The general rule is that all defendants must join in or consent to removal within 30 days of service upon the first defendant served, but the rule only applies to the consent of "proper" defendants. Joiner Food Service, Inc., is not a proper defendant, so its consent is simply not required, whether within 30 days or ever.   In *Getty Oil Corp. v. Insurance Co of North America*, 841 F.2d 1254, 1263 (5th Cir. 1988)(relied on by the plaintiffs in their Motion to Remand) a determinative issue as to the effectiveness of removal was whether one of the defendants, NL, was a proper party. There was no dispute that NL had failed to consent to a removal petition filed by another party within 30 days of NL's receipt of service, so the only issue for the lower court was whether NL had been fraudulently joined as an improper party.

> Of course, if NL is determined not to be a proper defendant (as the defendant-appellees alleged below), then its joinder in the removal petition would not be required.

*Getty Oil Corp.* at 1263.

In the case at bar, Defendant David Carava makes the same argument as the defendants in *Getty Oil Corp.* Joiner Food Service, Inc. is not a proper defendant, so its consent to removal is not required, and the question of when it consented is irrelevant to the determination of whether the removal is proper.

**III.**  **Procedural argument that Defendant David Carava's Notice of Removal was untimely is irrelevant since it relies upon the date an improper party, Joiner Food Service, Inc., was served.**

The plaintiffs raise essentially the same ground raised above in arguing that Defendant David Carava did not timely file the Notice of Removal since he did not file it within 30 days of receipt of service by Defendant Joiner Food Service, Inc. The plaintiffs do not challenge the fact that Defendant David Carava filed his Notice of Removal within 30 days of receipt of service upon him – he was served on December 2, 2002, and he filed the Notice of Removal on December 27, 2002.[2] For the reasons set forth above showing why improper parties are not required to consent to removal, the date of service upon an improper party cannot be relevant to determine the deadline for removal filed by a proper party.

> A removal petition must be filed within thirty days of receipt of service and *all defendants who may properly join in the petition* must do so within the required time. ... The rule has evolved that if the first defendant served does not file a petition for removal within thirty days of service, he waives his right to remove. Thus, subsequently-served defendants who attempt to remove within thirty days of their service may not do so since they can no longer include the first defendant in their petition for removal.

---

[2] This cause was filed in state court on May 31, 2002; on October 11, 2002, an order issued setting the cause for dismissal for want of prosecution in thirty days; on October 18, 2002, Joiner Food Service, Inc. was served; on November 12, 2002, the plaintiffs moved the state court to retain the cause; on December 2, 2002, Defendant David Carava was served; and on December 27, he filed the Notice of Removal.

*Brooks v. Rosiere*, 585 F. Supp. 351 (E.D. La. 1984) (Emphasis added). Since Joiner Food Service, Inc. (an improper defendant) was not required to be included in or consent to the petition for removal, the 30 day rule does not begin to run on the date Joiner Food Service, Inc. was served. The 30 days began running upon receipt of service by the first "proper" defendant, David Carava. There is no dispute regarding the fact that Defendant David Carava filed his Notice of Removal 25 days after his receipt of service, which is well within the deadline.

**IV.**   **Defendant Joiner Food Service, Inc. is an improper party fraudulently joined since there is no possibility that the plaintiffs can establish a cause of action against it.**

The Plaintiffs cite *Travis v. Irby*, No. 02-60005, slip op. at 3 (5th Cir. Jan. 17, 2003) for the legal premise that fraudulent joinder will not be found unless the defendant establishes that there is no possibility that the plaintiffs will be able to establish a cause of action against the defendant. In this case, the defendants can conclusively show that the plaintiffs cannot possibly establish a cause of action against Joiner Food Service, Inc. because none of the plaintiffs were employed by Joiner Food Service, Inc. during the period of time from which their alleged claims arise. The plaintiffs' own pleadings establish that all claims and allegations against Joiner Food Service, Inc. arise from the Plaintiffs' alleged employment with Joiner Food Service, Inc. Indeed, the plaintiffs submitted affidavits averring that Joiner Food Service, Inc. was their employer during the period of time in which the acts underlying this suit alleged occurred. Said averments are wholly incorrect. None of the plaintiffs who submitted affidavits were ever employed by Joiner Food Service, Inc. See Exhibit 1 - Affidavit of Aaron Joiner.  Only one of the plaintiffs, Mary Ramirez, who did not submit an affidavit, was ever employed by Joiner

Food Service, Inc., but her employment with Joiner Food Service, Inc. ended prior to the occurrence of the alleged events from which the plaintiffs' claims arise.    See Exhibit 1. The W-2 records of the Plaintiffs for the period of time from which the Plaintiffs' claims arise also establish that their employer was not Joiner Food Service, Inc. See Exhibit 2.

Although the plaintiffs state under oath that Joiner Food Service, Inc. was their employer, they argue in the alternative that they "understood that Defendant Joiner Food Service, Inc had control over their work," and was therefore a joint employer. Regardless of what the plaintiffs may have "understood" about Joiner Food Service, Inc. the fact is that Joiner Food Service, Inc. was not their employer, had no actual authority to control their work, exercised no apparent authority to control their work and exercised no actual control over their work during the period of time from which the plaintiffs' alleged claims arise. See Joiner Food Service, Inc.'s Original Answer and Exhibit 1. Accordingly, there is no possibility that the plaintiffs can establish a cause of action against Joiner Food Service, Inc. because their allegations against Joiner Food Service, Inc. are based solely on their alleged employment therewith.

## V.    Conclusion

Defendant David Carava has established that there is complete diversity between all proper defendants and the plaintiffs. Accordingly, Defendant David Carava respectfully requests the court to deny the Plaintiffs' Motion to Remand.

Respectfully submitted,

OF COUNSEL:
OPPENHEIMER, BLEND,
HARRISON & TATE, INC.

Richard I. Manas
Attorney-in-Charge
Texas State Bar No. 00794931
Southern District of Texas Bar No. 21509
M. Cheryl Kirby
Texas State Bar No. 00794097
Associate, Of Counsel
Southern District of Texas Bar No. 23528
711 Navarro, Suite 600
San Antonio, Texas  78205
Telephone: (210) 224-2000
Facsimile:  (210) 224-7540

Counsel for Defendant, David Carava

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Defendant David Carava's Opposition to Plaintiffs' Motion to Remand has been sent on this _____ day of _____, 2003, via certified mail, return receipt requested to:

J. Arnold Aguilar
Law Office of J. Arnold Aguilar
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

Benjamin M. Yudesis
Attorney at Law
322 E. Harrison Avenue, Suite A
Harlingen, Texas 78550

M. Cheryl Kirby

303412-1/014753.001                                    6

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
(Brownsville Division)

| | | |
|---|---|---|
| MARY RAMIREZ, | § | |
| JENNIFER ANGELA GOMEZ, | § | |
| STACY AMY ROBERTS, | § | |
| SARA ANN SOSA and | § | |
| ISELA VILLARREAL, | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-239 |
| | § | |
| DAVID CARAVA and | § | |
| JOINER FOOD SERVICE, INC. | § | |
| | § | |
| Defendants | § | |

**TABLE OF CONTENTS**
**APPENDIX TO DEFENDANT DAVID CARAVA'S OPPOSITION TO
PLAINTIFFS' MOTION TO REMAND**

Exhibit 1    Affidavit of Aaron Joiner                        Tab 1

Exhibit 2    Plaintiffs' W-2 forms                            Tab 2

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
(Brownsville Division)

| | | |
|---|---|---|
| MARY RAMIREZ, | } | |
| JENNIFER ANGELA GOMEZ, | } | |
| STACY AMY ROBERTS, | } | |
| SARA ANN SOSA and | } | |
| ISELA VILLARREAL, | } | |
| Plaintiffs | } | |
| | } | |
| VS | } | CIVIL ACTION NO. B-02-239 |
| | } | |
| DAVID CARAVA and | } | |
| JOINER FOOD SERVICE, INC. | } | |
| Defendants | } | |

## DEFENDANT JOINER FOOD SERVICE, INC.'S AFFIDAVIT
## IN SUPPORT OF DEFENDANT DAVID CARAVA'S OPPOSITION TO
## PLAINTIFFS MOTION TO REMAND

After first being duly sworn, Aaron A. Joiner, President of Joiner Food Service, Inc, deposes and says:

"I am Aaron A. Joiner, President of Joiner Food Service, Inc. and effective May 22, 2000, the physical assets of Joiner Food Service, Inc. were sold to DRC Distributors, Ltd., general partner of DRC Management Company, Inc. As part of the sale DRC Distributors, Ltd was licensed to use the name Joiner Food Services. At this time Joiner Food Service, Inc., ceased doing business.

Of the five Plaintiffs only Mary Ramirez was employed by Joiner Food Service, Inc at the time of the sale to DRC Distributors, Ltd and she ceased to be an employee of Joiner Food Service, Inc, at that time.

All employees of Joiner Food Service, Inc were advised of the pending sale both prior to and immediately after completion of the sale. During the period of time for which Plaintiffs' alleged claims arose Joiner Food Service, Inc. was not the employer, had no actual authority to control their work, exercised no actual authority to control their work, exercised no apparent authority to control their work, exercised no actual control

over their work, and retained no authority, actual or contractual, over their work or the terms and conditions of their employment.

Further Affiant sayeth not."

AARON A. JOINER, President of Joiner Food Service, Inc.

SUBSCRIBED AND SWORN TO before me on this the 11th day of February, 2003, by the said Aaron A. Joiner, President of Joiner Food Service, Inc.



Notary Public, State of Texas

Exhibit 2

| a Control number | | Void ☐ | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|

| b Employer identification number 74-2958005 | | 1 Wages, tips, other compensation 6850.85 | 2 Federal income tax withheld 296.00 |
|---|---|---|---|
| c Employer's name, address, and ZIP code DRC DISTRIBUTORS, LTD. 821 W. JACKSON ST. P. O. DRAWER 2547 HARLINGEN, TX 78551 | | 3 Social security wages 6805.85 | 4 Social security tax withheld 421.96 |
| | | 5 Medicare wages and tips 6805.85 | 6 Medicare tax withheld 98.68 |
| | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number 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 | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code JENNIFER A. GOMEZ 512 S. 3RD. STREET RAYMONDVILLE, TX 78580 | | 11 Nonqualified plans | 12 Benefits included in box 1 |
| | | 13 See instrs. for box 13 | 14 Other 0.00 Other 45.00 |

| 15 Statutory employee ☐ | Deceased ☐ | Pension plan ☐ | Legal rep. ☐ | Deferred compensation ☐ |
|---|---|---|---|---|

| 16 State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| | | | | | | |

**Form W-2** Wage and Tax Statement **2000**

Department of the Treasury—Internal Revenue Service

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Copy D For Employer or
Copy 1 For State, City, or Local Tax Department

| a Control number | | | Void ☐ | OMB No. 1545-0008 | **INFORMATION RETURN**<br>**For State, City or Employer File Copy D** | |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **b** Employer identification number<br>74-2958005 | 1 Wages, tips, other compensation<br>3802.25 · 2 Federal income tax withheld<br>238.00 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3802.25 | 238.00 |

| c Employer's name, address, and ZIP code | 3 Social security wages<br>3762.25 | 4 Social security tax withheld<br>233.26 |
|---|---|---|

DRC DISTRIBUTORS, LTD
821 W. JACKSON ST.
P.O. DRAWER 2547
HARLINGEN, TX 78551

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 3762.25 | 54.55 |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | |

| d Employee's social security number<br>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 | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|

| e Employee's first name and initial | Last name | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|---|
| JENNIFER A. | GOMEZ | | |

512 S. 3RD. STREET
RAYMONDVILLE, TX 78580

| 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
|---|---|

| 14 Other | 12c |
|---|---|
| CAF. INS.   40.00 | |

12d

**f** Employee's address and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

Form **W-2** **Wage and Tax Statement** 2001

Department of the Treasury—Internal Revenue Service
**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

| a Control number | | | Void ☐ | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|---|

| b Employer identification number  74-2956005 | | 1 Wages, tips, other compensation  9173.57 | 2 Federal income tax withheld  1012.00 |
|---|---|---|---|

| c Employer's name, address, and ZIP code  DRC DISTRIBUTORS, LTD.  821 W. JACKSON ST.  P. O. DRAWER 2547  HARLINGEN, TX 78551 | 3 Social security wages  9068.57 | 4 Social security tax withheld  562.25 |
|---|---|---|
| | 5 Medicare wages and tips  9068.57 | 6 Medicare tax withheld  131.49 |
| | 7 Social security tips | 8 Allocated tips |

| d Employee's social security number  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 | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|

| e Employee's name, address, and ZIP code  ISELA VILLARREAL  901 W. HANSON  HARLINGEN, TX 78550 | 11 Nonqualified plans | 12 Benefits included in box 1 |
|---|---|---|
| | 13 See instrs. for box 13 | 14 Other  0.00  Other  105.00 |

| 15 Statutory employee ☐ | Deceased ☐ | Pension plan ☐ | Legal rep. ☐ | Deferred compensation ☐ |
|---|---|---|---|---|

| 16 State | Employer's state I.D. no | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| | | | | | | |

Form **W-2** **Wage and Tax Statement** **2000**

Copy D For Employer or
Copy 1 For State, City, or Local Tax Department

Department of the Treasury—Internal Revenue Service

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

| a Control number | | Void ☐ | OMB No. 1545-0008 | INFORMATION RETURN For State, City or Employer File Copy D | |
|---|---|---|---|---|---|

| | |
|---|---|
| b Employer identification number 74-2958005 | 1 Wages, tips, other compensation 2366.00 | 2 Federal income tax withheld 255.00 |

| c Employer's name, address, and ZIP code | 3 Social security wages 2336.00 | 4 Social security tax withheld 144.83 |
|---|---|---|
| DRC DISTRIBUTORS, LTD 821 W. JACKSON ST. P.O. DRAWER 2547 HARLINGEN, TX 78551 | 5 Medicare wages and tips 2336.00 | 6 Medicare tax withheld 33.87 |
| | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number 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 | 9 Advance EIC payment | 10 Dependent care benefits |

| e Employee's first name and initial ISELA   Last name VILLARREAL | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|
| | 13 Statutory employee ☐   Retirement plan ☐   Third-party sick pay ☐ | 12b |
| 901 W. HANSON HARLINGEN, TX 78550 | 14 Other | 12c |
| | CAF. INS.   30.00 | 12d |
| f Employee's address and ZIP code | | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

Form **W-2** Wage and Tax Statement   **2001**

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

| a Control number | | Void ☐ | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| **b** Employer identification number<br>74-2958005 | | | | 1 Wages, tips, other compensation<br>16670.83 | 2 Federal income tax withheld<br>1384.00 |
| **c** Employer's name, address, and ZIP code<br>DRC DISTRIBUTORS, LTD.<br>821 W. JACKSON ST.<br>P. O. DRAWER 2547<br>HARLINGEN, TX 78551 | | | | 3 Social security wages<br>16510.83 | 4 Social security tax withheld<br>1023.67 |
| | | | | 5 Medicare wages and tips<br>16510.83 | 6 Medicare tax withheld<br>239.41 |
| | | | | 7 Social security tips | 8 Allocated tips |
| **d** Employee's social security number<br>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 | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| **e** Employee's name, address, and ZIP code<br>MARY L. RAMIREZ<br>P. O. BOX 1066<br>LOS FRESNOS, TX 78566 | | | | 11 Nonqualified plans | 12 Benefits included in box 1 |
| | | | | 13 See instrs. for box 13 | 14 Other<br>0.00<br><br>Other     160.00 |
| | | | | 15 Statutory employee ☐  Deceased ☐  Pension plan ☐  Legal rep. ☐  Deferred compensation ☐ | |

| 16 State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| | | | | | | |

Form **W-2** **Wage and Tax Statement** **2000**

Department of the Treasury—Internal Revenue Service

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

Copy D For Employer or
Copy 1 For State, City, or Local Tax Department

| a Control number | | Void ☐ | OMB No. 1545-0008 | **INFORMATION RETURN** **For State, City or Employer File Copy D** | |
|---|---|---|---|---|---|

| **INFORMATION RETURN** | |
|---|---|
| **For State, City or Employer File Copy D** | |

| b Employer identification number 74-2958005 | 1 Wages, tips, other compensation 4753.13 | 2 Federal income tax withheld 217.00 |
|---|---|---|
| c Employer's name, address, and ZIP code | 3 Social security wages 4713.13 | 4 Social security tax withheld 292.21 |
| DRC DISTRIBUTORS, LTD 821 W. JACKSON ST. P.O. DRAWER 2547 HARLINGEN, TX 78551 | 5 Medicare wages and tips 4713.13 | 6 Medicare tax withheld 68.34 |
| | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number 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 | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name MARY L.    RAMIREZ | 11 Nonqualified plans | 12a See instructions for box 12 |
| | 13 Statutory employee ☐   Retirement plan ☐   Third-party sick pay ☐ | 12b |
| P.O. BOX 1066 LOS FRESNOS, TX 78566 | 14 Other CAF. INS.   40.00 | 12c |
| | | 12d |
| f Employee's address and ZIP code | | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

Form **W-2**   Wage and Tax Statement    **2001**

Department of the Treasury—Internal Revenue Service

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

FORM 5204

| a Control number | | Void ☐ | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| b Employer identification number<br>74-2958005 | | | | 1 Wages, tips, other compensation<br>1829.17 | 2 Federal income tax withheld<br>108.00 |
| c Employer's name, address, and ZIP code<br>DRC DISTRIBUTORS, LTD.<br>821 W. JACKSON ST.<br>P. O. DRAWER 2547<br>HARLINGEN, TX 78551 | | | | 3 Social security wages<br>1829.17 | 4 Social security tax withheld<br>113.41 |
| | | | | 5 Medicare wages and tips<br>1829.17 | 6 Medicare tax withheld<br>26.52 |
| | | | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number<br>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 | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code<br>STACEY ROBERTS<br><br>588 W. KIMBALL<br>RAYMONDVILLE, TX 78580 | | | | 11 Nonqualified plans | 12 Benefits included in box 1 |
| | | | | 13 See instrs. for box 13 | 14 Other<br>0.00 |
| | | | | 15 Statutory employee ☐  Deceased ☐  Pension plan ☐  Legal rep. ☐  Deferred compensation ☐ | |

| 16 State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| | | | | | | |

Form **W-2** **Wage and Tax Statement** **2000**

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Copy D For Employer or
Copy 1 For State, City, or Local Tax Department

| a Control number | | Void ☐ | OMB No. 1545-0008 | **INFORMATION RETURN**<br>**For State, City or Employer File Copy D** | |
|---|---|---|---|---|---|
| b Employer identification number<br>74-2958005 | | | | 1 Wages, tips, other compensation<br>1930.04 | 2 Federal income tax withheld<br>146.00 |
| c Employer's name. address, and ZIP code<br><br>DRC DISTRIBUTORS, LTD<br>821 W. JACKSON ST.<br>P.O. DRAWER 2547<br>HARLINGEN, TX 78551 | | | | 3 Social security wages<br>1930.04 | 4 Social security tax withheld<br>119.66 |
| | | | | 5 Medicare wages and tips<br>1930.04 | 6 Medicare tax withheld<br>27.99 |
| | | | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number<br>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 | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial<br>STACEY   Last name   ROBERTS<br><br>588 W. KIMBALL<br>RAYMONDVILLE, TX 78580 | | | | 11 Nonqualified plans | 12a See instructions for box 12 |
| | | | | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| | | | | 14 Other | 12c |
| | | | | | 12d |
| f Employee's address and ZIP code | | | | | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

Form **W-2** Wage and Tax Statement    **2001**    Department of the Treasury—Internal Revenue Service
**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

| a Control number | | Void ☐ | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|

| b Employer identification number<br>74-2956005 | | 1 Wages, tips, other compensation<br>2957.68 | 2 Federal income tax withheld<br>361.00 |
|---|---|---|---|
| c Employer's name, address, and ZIP code<br>DRC DISTRIBUTORS, LTD.<br>821 W. JACKSON ST.<br>P. O. DRAWER 2547<br>HARLINGEN, TX 78551 | | 3 Social security wages<br>2957.68 | 4 Social security tax withheld<br>183.37 |
| | | 5 Medicare wages and tips<br>2957.68 | 6 Medicare tax withheld<br>42.89 |
| | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number<br>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 | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code<br>SARA SOSA<br><br>902 S. LOOP 499<br>APT. A-8<br>HARLINGEN, TX 78550 | | 11 Nonqualified plans | 12 Benefits included in box 1 |
| | | 13 See instrs. for box 13 | 14 Other<br>0.00 |
| | | 15 Statutory employee ☐  Deceased ☐  Pension plan ☐  Legal rep. ☐  Deferred compensation ☐ | |

| 16 State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| | | | | | | |

**Form W-2** **Wage and Tax Statement** **2000**

Copy D For Employer or
Copy 1 For State, City, or Local Tax Department

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.

| a Control number | | Void ☐ | OMB No. 1545-0008 | INFORMA___ON RETURN<br>For State, City or Employer File Copy D | |
|---|---|---|---|---|---|

| b Employer identification number<br>74-2958005 | | 1 Wages, tips, other compensation<br>2659.03 | 2 Federal income tax withheld<br>338.00 |
|---|---|---|---|

| c Employer's name, address, and ZIP code | 3 Social security wages<br>2659.03 | 4 Social security tax withheld<br>164.86 |
|---|---|---|

DRC DISTRIBUTORS, LTD
821 W. JACKSON ST.
P.O. DRAWER 2547
HARLINGEN, TX 78551

| 5 Medicare wages and tips<br>2659.03 | 6 Medicare tax withheld<br>38.56 |
|---|---|
| 7 Social security tips | 8 Allocated tips |

| d Employee's social security number<br>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 | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|

| e Employee's first name and initial    Last name | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|

SARA                    SOSA

902 S. LOOP 499
APT. A-8
HARLINGEN, TX 78550

| 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
|---|---|
| 14 Other | 12c |
| | 12d |

f Employee's address and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

Form **W-2**  Wage and Tax Statement    **2001**

Department of the Treasury—Internal Revenue Service
**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

FORM 5204