IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARY RAMIREZ, | § | |
| JENNIFER ANGELA GOMEZ, | § | |
| STACY AMY ROBERTS, | § | |
| SARA ANN SOSA and | § | CIVIL ACTION NO. |
| ISELA VILLARREAL | § | |
| | § | B - 02 - CV - 239 |
| VS. | § | |
| | § | |
| DAVID CARAVA and | § | |
| JOINER FOOD SERVICE, INC. | § | |

## PLAINTIFFS' REPLY TO DEFENDANT CARAVA'S
## OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

TO THE HONORABLE U.S. DISTRICT COURT:

COME NOW **MARY RAMIREZ, JENNIFER ANGELA GOMEZ, STACY AMY ROBERTS, SARA ANN SOSA** and **ISELA VILLARREAL**, Plaintiffs herein and file this their Reply to Defendant David Carava's Opposition to Plaintiffs' Motion to Remand, and for such Reply would respectfully show unto the Court the following:

### SUMMARY OF REPLY

1.01    Although most of Defendant's arguments have been previously addressed in Plaintiffs' Motion to Remand, Defendant responded factually that Joiner Food Service, Inc. was not their employer. Plaintiffs dispute that contention. This fact issue, however, precludes Defendant's being able to establish there is *absolutely no possibility* that Plaintiffs will be able

to establish their cause of action against Defendant.   In addition, Defendant contends that Plaintiffs' actual employer was DRC Distributors, Ltd.   That company is a Texas Limited Partnership, organized under the laws of the State of Texas, operating under the assumed or fictitious name of Joiner Food Service.   Once the party Defendant Carava contends is the Plaintiffs' actual employer is added to this action as a party defendant, however, which Plaintiffs intend to do, complete diversity will again be destroyed.   Plaintiffs cannot request leave to do so, however, without invoking this Court's jurisdiction.

## FACT ISSUE REQUIRES REMAND

2.01   Defendant submits an affidavit and W-2 statements indicating certain assets of Joiner Food Service, Inc. were sold to DRC Distributors, Ltd. in 2000.   Although Defendant claims that Plaintiffs were notified of the change in ownership, Plaintiffs dispute that contention. Whether Plaintiffs were therefore employed by Joiner Food Service, Inc., jointly with DRC Distributors, Ltd., d/b/a Joiner Food Service, is a fact issue to be determined by the jury.   As the Fifth Circuit has explained, "[a]ny contested issues of fact and any ambiguities of state law must be resolved in [Plaintiffs'] favor." *Travis v. Irby*, No. 02-60005, slip op. at 3-4 (5th Cir. Jan. 17, 2003).   Because this fact issue is to be resolved in Plaintiffs' favor, Defendant Carava cannot establish "that there is *absolutely no possibility* that the Plaintiff[s] will be able to establish a cause of action against [Joiner Food Service, Inc.] in state court," and this action should therefore be remanded to state court.   *Id.* at 3 (emphasis added).

## PROPOSED PROPER PARTY DEFEATS DIVERSITY JURISDICTION

3.01    Defendant contends that Joiner Food Service, Inc. was not Plaintiffs' employer, and is therefore not a proper Defendant. Defendants also contend that DRC Distributors, Ltd. was Plaintiffs' actual employer during the time period described, and is presumably therefore the proper Defendant. A review of the records with the Texas Secretary of State indicates that DRC Distributors, Ltd. is a Texas Limited Partnership, organized under the laws of the State of Texas, operating under the assumed or fictitious name of Joiner Food Service. **Exhibit "A."** As such, the party that Defendant Carava contends is the proper employer and Defendant herein, DRC Distributors, Ltd., d/b/a Joiner Food Service, is a Texas resident and would therefore similarly defeat diversity jurisdiction. Plaintiffs have every intention of adding DRC Distributors, Ltd. as a party defendant in this action, once it is remanded back to state court, or after the Motion to Remand is resolved. Plaintiffs cannot do so at this time, however, without risking the invocation of this Court's jurisdiction, and thereby waiving their right to remand. *See, e.g., **Inter Coastal Refining Co., Inc. v. Jalil**,* 487 F. Supp. 606, 608 (S.D. Tex. 1980); ***Miles v. Starks***, 440 F. Supp. 947, 948-49 (N.D. Tex. 1977). Once this matter is remanded to state court, however, or this Court rules on Plaintiffs' Motion to Remand, Plaintiffs can, and intend to, add DRC Distributors, Ltd. as a party defendant, thus further defeating complete diversity herein.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs **MARY RAMIREZ, JENNIFER ANGELA GOMEZ, STACY AMY ROBERTS, SARA ANN SOSA** and **ISELA VILLARREAL** would respectfully request that this action be remanded to state district court for all further proceedings herein.

Signed on this the _24th_ day of February, 2003.

Respectfully submitted,

**LAW OFFICE**
**J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas  78520
Telephone    :  (956) 504-1100
Facsimile     :  (956) 504-1408


By: _____
J. Arnold Aguilar
State Bar No. 00936270
Federal Adm. No. 6822

Attorney for Plaintiffs,
MARY RAMIREZ, JENNIFER ANGELA GOMEZ,
STACY AMY ROBERTS, SARA ANN SOSA
and ISELA VILLARREAL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **PLAINTIFFS' REPLY TO DEFENDANT CARAVA'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND** has on this the _2 4th_ day of February, 2003, been forwarded via certified mail, return receipt requested to:


Ms. M. Cheryl Kirby
OPPENHEIMER, BLEND, HARRISON
   & TATE, INC
711 Navarro, Suite 600
San Antonio, TX 78205


Mr. Benjamin M. Yudesis
Attorney at Law
322 E. Harrison Avenue, Suite A
Harlingen, TX 78550


J. Arnold Aguilar

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY RAMIREZ, | § | |
| JENNIFER ANGELA GOMEZ, | § | |
| STACY AMY ROBERTS, | § | |
| SARA ANN SOSA and | § | CIVIL ACTION NO. |
| ISELA VILLARREAL | § | |
| | § | B - 02 - CV - 239 |
| VS. | § | |
| | § | |
| DAVID CARAVA and | § | |
| JOINER FOOD SERVICE, INC. | § | |

---

## ORDER GRANTING PLAINTIFFS' MOTION TO REMAND

---

On the _____ day of _____, 2003, this cause came for hearing

on **Plaintiffs' Motion to Remand.**

After hearing the argument of counsel thereon, the Court is of the opinion that Plaintiffs'

Motion to Remand should be GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion

to Remand is GRANTED and the District Clerk is hereby directed to remand this action and all

papers filed herein back to the 197th Judicial District Court of Cameron County, Texas.

SIGNED on this the _____ day of _____, 2003.

_____
U.S. DISTRICT JUDGE

# EXHIBIT "A"

# AFFIDAVIT OF J. ARNOLD AGUILAR

STATE OF TEXAS                          §
                                        §
COUNTY OF CAMERON                       §

BEFORE ME, the undersigned official, on this day appeared **J. ARNOLD AGUILAR**, who is personally known to me, and first being duly sworn according to law upon his oath deposes and says:

> My name is J. Arnold Aguilar, I am over 18 years of age and I have never been convicted of a crime, and I am fully competent to make this affidavit.

> I contacted the Secretary of State on February 20, 2003, at which time I was informed that DRC Distributors, Ltd. is a Texas Limited Partnership, organized under the laws of the State of Texas, operating under the assumed or fictitious name of Joiner Food Service. The attached pages A-1 and A-2 are true and correct copies of documents I downloaded from the Texas Secretary of State's official website, reflecting DRC Distributors, Ltd.'s existence as a Texas Domestic Limited Partnership.

> The above and foregoing is true and correct based on my personal knowledge.

_____
J. Arnold Aguilar

SUBSCRIBED AND SWORN TO BEFORE ME on the 24th day of February, 2003, to certify which witness my hand and official seal.

_____
Notary Public, State of Texas

## Texas Secretary of State
## Gwyn Shea

SOSDirect

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 13355510 | **Entity Type:** | Domestic Limited Partnership (LP) |
| **Original Date of Filing:** | April 14, 2000 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 00000000000 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | DRC DISTRIBUTORS, LTD. |
| **Address:** | 821 WEST JACKSON STREET |
| | HARLINGEN, TX 78550 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Address | | Inactive Date |
|---|---|---|---|
| David R Carava | 821 WEST JACKSON STREET | | |
| | HARLINGEN, TX 78550 USA | | |

Instructions:
● To place an order for additional information about a filing press the 'Order' button.



## Texas Secretary of State
## Gwyn Shea

SOSDirect

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 13355510 | **Entity Type:** | Domestic Limited Partnership (LP) |
| **Original Date of Filing:** | April 14, 2000 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 00000000000 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | DRC DISTRIBUTORS, LTD. |
| **Address:** | 821 WEST JACKSON STREET |
| | HARLINGEN, TX 78550 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Assumed Name | Date of Filing | Expiration Date | Inactive Date | Name Status | Counties |
|---|---|---|---|---|---|
| JOINER FOOD SERVICES | April 25, 2000 | April 25, 2010 | | Active | All Counties |



Instructions:
● To place an order for additional information about a filing press the 'Order' button.

