# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF RE-SETTING

United States District Court
Southern District of Texas
FILED

MAR 1 8 2003

Michael N. Milby
Clerk of Court

MARY NMI RAMIREZ, ET AL     §
                            §
VS.                         §     CIVIL ACTION NO. B-02-239
                            §
DAVID CARAVA                §

United States District Court
Southern District of Texas
ENTERED

MAR 19 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

TYPE OF CASE:      __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been re-set as indicated below:

TYPE OF PROCEEDING:   **INITIAL PRETRIAL & SCHEDULING CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE<br>600 E. HARRISON STREET<br>BROWNSVILLE, TEXAS | THIRD FLOOR COURTROOM, #6<br>BEFORE JUDGE ANDREW S. HANEN |
| DATE AND TIME PREVIOUSLY SCHEDULED:<br>April 25, 2003 @ 9:30 A.M. | RESET TO DATE AND TIME:<br>April 7, 2003 @ 1:30 P.M. |

MICHAEL N. MILBY, CLERK

BY: _/s/ Irma A. Soto_
Irma A. Soto, Deputy Clerk

DATE: March 18, 2003

TO: ALL COUNSEL OF RECORD:
   J. Arnold Aguilar
   Richard I Manas