IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARY RAMIREZ, | § | |
| JENNIFER ANGELA GOMEZ, | § | |
| STACY AMY ROBERTS, | § | |
| SARA ANN SOSA and | § | CIVIL ACTION NO. |
| ISELA VILLARREAL | § | |
| | § | B - 02 - CV - 239 |
| VS. | § | |
| | § | |
| DAVID CARAVA, JOINER FOOD | § | |
| SERVICE, INC. and DRC | § | |
| DISTRIBUTORS, LTD. | § | |

**MOTION FOR LEAVE TO FILE PLAINTIFFS'
FIRST AMENDED ORIGINAL COMPLAINT**

TO THE HONORABLE U. S. DISTRICT COURT:

COME NOW **MARY RAMIREZ, JENNIFER ANGELA GOMEZ, STACY AMY ROBERTS, SARA ANN SOSA** and **ISELA VILLARREAL**, Plaintiffs herein and respectfully files this their Motion for Leave to File Plaintiffs' First Amended Original Complaint and in support thereof would respectfully show unto the Court as follows:

**I.**

Plaintiffs request that the Court allow them leave to file their First Amended Original Complaint in order to clarify their pleadings and to add a proper Defendant as alleged by Defendant Carava, DRC Distributors, Ltd., pursuant to Federal Rules of Civil Procedure 15, 19 and 20. Plaintiffs would show that the joinder of DRC Distributors, Ltd. is necessary as

alleged by Defendant Carava, because DRC Distributors, Ltd. was an employer of Plaintiffs during the relevant time period and as such would be liable for the Texas Commission on Human Rights violations alleged.

## II.

Plaintiffs now request leave of this Court to file their First Amended Original Complaint, a copy of which is attached as Exhibit "A" and incorporated by reference as though set out herein. Discovery in this action has not yet begun, and the filing of this First Amended Original Complaint will not require any additional discovery or otherwise delay the trial of this action, but will rather aid the determination of this cause on the merits.

This motion is not being presented for harassment or delay, but solely so that the interests of justice may be served.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs **MARY RAMIREZ, JENNIFER ANGELA GOMEZ, STACY AMY ROBERTS, SARA ANN SOSA** and **ISELA VILLARREAL** respectfully request that the Court enter an Order Granting Leave to file Plaintiffs' First Amended Original Complaint attached hereto as Exhibit "A."

Signed on this the 7th day of April, 2003.

                        Respectfully submitted,

                           **LAW OFFICE**
                         **J. ARNOLD AGUILAR**
                         Artemis Square, Suite H-2
                         1200 Central Boulevard
                         Brownsville, Texas  78520
                         Telephone     :  (956) 504-1100
                         Facsimile      :  (956) 504-1408

By: _____
                  J. Arnold Aguilar
                  State Bar No. 00936270
                  Federal Adm. No. 6822

                  Attorney for Plaintiffs,
                  MARY RAMIREZ, JENNIFER ANGELA
                  GOMEZ, STACY AMY ROBERTS, SARA
                  ANN SOSA and ISELA VILLARREAL

## CERTIFICATE OF CONFERENCE

I, J. Arnold Aguilar, hereby certify that I have conferred with Defendants' counselors with regard to Plaintiffs' Motion for Leave to File Plaintiffs' First Amended Original Complaint, and they responded as follows:

M. Cheryl Kirby         _____        _____        _____
                         opposed          unopposed         unavailable

Benjamin M. Yudesis     _____        _____        _____
                         opposed          unopposed         unavailable


_____
J. Arnold Aguilar

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **MOTION FOR LEAVE TO FILE PLAINTIFFS' FIRST AMENDED ORIGINAL COMPLAINT** has on this the 7th day of April, 2003, been forwarded via hand delivery to:

Ms. M. Cheryl Kirby
OPPENHEIMER, BLEND, HARRISON
   & TATE, INC
711 Navarro, Suite 600
San Antonio, TX 78205


Mr. Benjamin M. Yudesis
Attorney at Law
322 E. Harrison Avenue, Suite A
Harlingen, TX 78550

_____
J. Arnold Aguilar