United States District Court
Southern District of Texas
FILED

APR 0 7 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

### INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-02-239          DATE & TIME 4/7/03 @ 1:35 - 2:07pm

| | |
|---|---|
| MARY RAMIREZ, ET AL | PLAINTIFFS' COUNSEL: J. ARNOLD AGUILAR, ADOLFO CORDOVA |
| VS | |
| DAVID CARAVA, ET AL | DEFENDANTS' COUNSEL: RICHARD MANAS, CHERYL KIRBY, BENJAMIN YUDESIS |

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:              D. Figueroa

Case is called on the docket. Parties announced present and ready.

After hearing arguments of counsel, Court grants Plaintiffs' Motion for Leave to file First Amended Original Complaint.

Defendants' have 3 weeks to file any motion for reconsideration. Plaintiffs have 2 weeks to respond to any motion for reconsideration.

Court is adjourned.