IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 09 2003

| | | |
|---|---|---|
| MARY RAMIREZ, | § | |
| JENNIFER ANGELA GOMEZ, | § | |
| STACY AMY ROBERTS, | § | |
| SARA ANN SOSA and | § | CIVIL ACTION NO. |
| ISELA VILLARREAL | § | |
| | § | B - 02 - CV - 239 |
| VS. | § | |
| | § | |
| DAVID CARAVA, JOINER FOOD | § | |
| SERVICE, INC. and DRC | § | |
| DISTRIBUTORS, LTD. | § | |

**ORDER GRANTING MOTION FOR LEAVE TO FILE PLAINTIFFS'
FIRST AMENDED ORIGINAL COMPLAINT**

On this the 7th day of April, 2003, came **Plaintiffs' Motion for Leave to File Plaintiffs' First Amended Original Complaint** and the Court being of the opinion that said Motion should be GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion for Leave to File Plaintiffs' First Amended Original Complaint is hereby Granted and the Clerk is hereby directed to file Plaintiffs' First Amended Original Complaint.

Signed this the 7th day of April, 2003.

_____
U.S. DISTRICT JUDGE