IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARY RAMIREZ, | § | |
| JENNIFER ANGELA GOMEZ, | § | |
| STACY AMY ROBERTS, | § | |
| SARA ANN SOSA and | § | CIVIL ACTION NO. |
| ISELA VILLARREAL | § | |
| | § | |
| VS. | § | B - 02 - CV - 239 |
| | § | |
| DAVID CARAVA and | § | |
| JOINER FOOD SERVICE, INC. | § | |

## DEFENDANT CARAVA'S MOTION FOR TIME TO FILE MOTION FOR RECONSIDERATION

Comes now Defendant, DAVID CARAVA, and moves the Court for Time to Move for Reconsideration of the Order Granting Motion for Leave to File Plaintiffs' First Amended Original Complaint, showing as follows:

1.  A Hearing was held in this cause on April 7, 2003, at which time Plaintiffs' counsel sought to amend the Plaintiffs' Original Complaint.

2.  Defendant Carava objected that allowing the Amendment did not afford him the opportunity to respond to the Motion in accordance with the Local Rules and the Rules of Civil Procedure.

3.  The Court noted this Defendant's objection and allowed this Defendant 21 days to move for Reconsideration, but the Order entered failed to so provide.

4.  Defendant Carava requests the Court to enter its Order allowing this Defendant 21

days within which to serve his Motion for Reconsideration and to Stay the effect of the Order allowing the Amendment until the Court rules on the Motion for Reconsideration.

5. Undersigned counsel for Defendant Carava contacted the office of counsel for Plaintiffs for his position on this Motion, but he was gone until next week.

6. Undersigned counsel for Defendant Carava contacted the office of counsel for Defendant Joiner Food Service, Inc., for his position on this Motion, but he was gone until next week.

WHEREFORE Defendant Carava moves the Court for entry of its Order granting this Motion and allowing him until April 28, 2003, to serve his Motion for Reconsideration.

Respectfully submitted,

OPPENHEIMER, BLEND, HARRISON & TATE, INC.
ATTORNEYS FOR DEFENDANT DAVID CARAVA
711 Navarro, Suite 600
San Antonio, Texas 78205
Telephone: (210) 224-2000
Facsimile: (210) 224-7540

Richard I. Manas
State Bar No. 00794931

M. Cheryl Kirby
State Bar No. 00794097

IT IS CERTIFIED that copies of the foregoing Motion and attached proposed Order were served by U.S. Mail this 11th day of April, 2003, to: J. Arnold Aguilar, Esq., Attorney for Plaintiffs, Artemis Square, Suite H-2, 1200 Central Boulevard, Brownsville, Texas 78520, and to Benjamin M. Yudesis, Esq., Attorney for Defendant Joiner Food Service, Inc., 322 E. Harrison Avenue, Suite A, Harlingen, Texas 78550.

Richard I. Manas