IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED
APR 1 6 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARY RAMIREZ ET AL. | § § | |
| VS. | § | CIVIL ACTION NO. B-02-239 |
| | § | |
| DAVID CARAVA ET AL. | § | |

### ORDER

Having heard arguments from counsel on April 7, 2003, the Court, on that same day, conditionally GRANTED Plaintiffs leave to amend their complaint subject to any motion for reconsideration by Defendants. The Court additionally GRANTED Defendants three weeks in which to file a motion for reconsideration. Accordingly, any motion for reconsideration is due not later than April 21, 2003. If Defendants fail to file a motion for reconsideration by said date, the Court's April 7, 2003 conditional grant of leave to amend will immediately take effect. If such a motion should be timely filed by Defendants, Plaintiffs shall have two weeks thereafter in which to respond.

Signed in Brownsville, Texas, this 16th day of April, 2003.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE