*/9*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARY RAMIREZ, | § | |
| JENNIFER ANGELA GOMEZ, | § | |
| STACY AMY ROBERTS, | § | |
| SARA ANN SOSA and | § | CIVIL ACTION NO. |
| ISELA VILLARREAL | § | B - 02 - CV - 239 |
| | § | |
| VS. | § | |
| | § | |
| DAVID CARAVA and | § | |
| JOINER FOOD SERVICE, INC. | § | |

## DEFENDANT DAVID CARAVA'S MOTION FOR RECONSIDERATION OF PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' FIRST AMENDED ORIGINAL COMPLAINT

COMES NOW Defendant David Carava and files his Motion for Reconsideration of Plaintiffs' Motion for Leave to File Plaintiffs' First Amended Original Complaint (in which the plaintiffs seek to join a new defendant, DRC Distributors, Ltd,), with attachments incorporated herein, and in support would show as follows:

## INTRODUCTION

The plaintiffs were granted conditional leave to amend their complaint to add a new defendant, DRC Distributors, Ltd., a party against whom Defendant Carava contends there is no possible cause of action because the limitations period on any possible claim against DRC Distributors, Ltd. has run. Defendant Carava also contends that there is no possible cause of action against Defendant Joiner Food Service, Inc. because, according to the plaintiffs' own Petition, the alleged acts upon which the claims are based occurred after Joiner Food Service, Inc. sold its business to DRC Distributors, Ltd.

310928-2                    1

In order to avoid federal jurisdiction the plaintiffs have asserted that Joiner Food Service, Inc. is a joint employer with DRC Distributors, Ltd. Likewise, the plaintiffs seek to belatedly join DRC Distributors, Ltd. for the same reason. But the joinder of DRC Distributors, Ltd. is barred as a matter of law because the plaintiffs failed to file any of their alleged claims against DRC Distributors, Ltd. within the applicable limitations period. Rather, the plaintiffs chose to file their alleged claims against Joiner Food Service, Inc. Their failure to file or serve claims against DRC Distributors, Ltd. within the limitations period bars suit and, accordingly, it is an attempted "fraudulent joinder" of DRC Distributors, Ltd. as a Defendant.

## FACTS

It is undisputed that in May of 2000, Joiner Food Service, Inc. sold its assets to DRC Distributors, Ltd. *See* Verified Answer of Joiner Food Service, Inc. It is undisputed that at the time of the sale, one of the plaintiffs, Mary Ramirez, was employed by Joiner Food Service, Inc. It is undisputed that the other plaintiffs were hired by DRC Distributors, Ltd. after the asset sale, between June and November of 2001. Plaintiff, Mary Ramirez became an employee of DRC Distributors, Ltd. following the sale. Each of the plaintiffs' paychecks had the name, DRC Distributors, Ltd. on it, and the W-2s for the years 2000 and 2001 sent to each of the plaintiffs were also in the name of DRC Distributors, Ltd. Exhibit A.

DRC Distributors, Ltd. operated under the fictitious name, Joiner Food Service, but the entity, Joiner Food Service, Inc., ceased doing business after the asset sale. At no time after the asset sale did Joiner Food Service, Inc. exercise any control, contractual or actual, over any of the plaintiffs' employment with DRC Distributors, Ltd. Exhibit B. It is

undisputed that the alleged acts giving rise to all claims arose <u>after</u> the asset sale, with the last date of any allegations on which claims are based being February 19, 2001. *See* Original Petition.

The plaintiffs filed an original discrimination complaint against "Joiner Food Service, Inc." with the Equal Employment Opportunities Commission ("EEOC") on April 11, 2001, through counsel.[1] Exhibit C. The plaintiffs did not name DRC Distributors, Ltd. as their employer in their discrimination complaint despite the fact that they knew or should have known from their paychecks and W-2s for the year 2000 that DRC Distributors, Ltd. was their employer. The plaintiffs received notices of right to sue from TCHR on April 8, 2002. Exhibit D.

On May 31, 2002, within the jurisdictional limitations period of 60 days from receipt of notice of right to sue, the plaintiffs filed suit in state court against Joiner Food Service, Inc., and David Carava, and plead that no alleged misconduct occurred prior to the asset sale in May of 2000. The Original Petition alleged Texas Commission on Human Rights Act ("TCHRA") claims and common law claims of assault and battery, intentional infliction of emotional distress, wrongful constructive discharge, invasion of privacy and malice. But the plaintiffs did not name DRC Distributors, Ltd. as a defendant in their Original Petition and did not serve the Petition on DRC Distributors, Ltd. Further, the plaintiffs failed to serve the Petition on the defendant they chose to sue, Defendant Joiner Food Service, Inc., within the 60 day limitations period that expired on June 7, 2002. Indeed, the plaintiffs waited over 120 days, until October 17, 2002, to serve Defendant Joiner Food Service, Inc. and then, service was clearly in response to the state

---

[1] The complaints the plaintiffs filed with the EEOC are considered dual filed with the Texas Commission on Human Rights. In this Motion, these dual filed complaints are sometimes referred to as "discrimination complaints."

court's "Order Setting Cause on Dismissal for Want of Prosecution" that issued on October 11, 2002.[2] Exhibit E.

In response to the plaintiffs' Original Petition, Joiner Food Service, Inc. served its Verified Answer to the plaintiffs on October 24, 2002. The Verified Answer notified the plaintiffs that DRC Distributors, Ltd. was the owner of the assets of the business after the sale and had the authority to do business under the fictitious name of Joiner Food Service. At all relevant times plaintiffs were legally on notice of the existence of DRC Distributors, Ltd.'s use of the name Joiner Food Service by virtue of the Assumed Name Certificate of DRC Distributors, Ltd. that was on file with the Secretary of State and on file locally with the Cameron County Clerk. Exhibit F.

On December 2, 2002, the plaintiffs served Defendant David Carava. It is undisputed that Defendant Carava is a California citizen. On December 27, 2002, Defendant Carava removed the cause to federal court based on diversity of the parties.[3]

During the two month period of time from the plaintiffs' receipt of Joiner Food Service, Inc.'s Verified Answer, notifying them that DRC Distributors, Ltd. was their sole employer during the relevant time period, until the cause was removed, the plaintiffs made no attempt to amend their Petition to name DRC Distributors, Ltd. as a defendant or to dismiss Joiner Food Service, Inc. On January 24, 2003, three months after Joiner

---

[2] The order of October 11, 2002, stated that, on November 13, 2002, the cause would be dismissed for want of prosecution if not reinstated by the Court within 30 days. The plaintiffs served Joiner Food Service, Inc. on October 17, 2002, six days after the dismissal order issued, and on November 12, 2002, the day before the cause was to be dismissed, filed a Motion to Retain and Set Trial Date.

[3] Defendant Carava's Notice of Removal presented evidence that Joiner Food Service, Inc., a Texas citizen, is an improper party whose citizenship should not be considered for purposes of diversity jurisdiction under the doctrine of fraudulent joinder. Joiner Food Service, Inc. was sued in the capacity of employer of the plaintiffs, but the plaintiffs own pleadings established that the alleged misconduct occurred after Joiner Food Service, Inc. sold its assets to DRC Distributors, Ltd. Since the filing of Notice of Removal, Defendant Carava has discovered additional grounds to support his contention that Joiner Food Service, Inc. is an improper party – the plaintiffs did not serve or exercise due diligence to serve Joiner Food Service, Inc. within the mandatory limitations period under the TCHRA. Discussion *infra*.

Food Service, Inc.'s Answer was filed, the plaintiffs filed their Motion to Remand, arguing, that Joiner Food Service, Inc., is a proper party because it was a joint employer with DRC Distributors, Ltd., but the plaintiffs still made no attempt to join DRC Distributors, Ltd.

On April 7, 2003, the plaintiffs moved for Leave to File an Amended Complaint to name DRC Distributors, Ltd. as a Defendant despite the fact that the limitations period for filing discrimination claims against DRC Distributors, Ltd. had run on June 7, 2002, and the limitations period for filing common claims had run on February 19, 2003.

## LEGAL ARGUMENTS

**I.    TCHRA claims against DCR Distributors, Ltd. are barred by limitations.**

    <u>A.</u>    <u>Mandatory Time for Filing TCHRA Complaint</u>

Before a complainant may sue for redress under the TCHRA, that complainant must tender the complaint with the TCHR within 180 days of the suspected misconduct. Tex. Lab. Code Ann. §§21.201(a), 21.202(a): *Schroeder v. Texas Iron Works, Inc.*, 813 S.W.2d 483, 485 (Tex. 1991). This requirement is of such import that failing to comply with it deprives the court of subject-matter jurisdiction. *Schroeder*, 813 S.W.32d at 485-89. In other words, unless and until an employee timely submits his or her complaint to the TCHR, the courts of Texas are barred from adjudicating that complaint. *Id*. DRC Distributors, Ltd. has never been the subject of a TCHR complaint by any of the plaintiffs.

    <u>B.</u>    <u>Mandatory Time for Suit on TCHRA Complaint</u>

A civil action for relief under the Texas Commission on Human Rights Act ("TCHRA") must be filed within 60 days after the complainant receives a notice from the

Commission of right to sue or, if no notice issues, within two years after filing the complaint with the Commission. *See* Tex. Labor Code §21.254; *Kaplan v. City of Arlington*, 184 F. Supp. 2d 553, 557 (N.D. Tex. 2002); *Roberts v. Padre Island Brewing Co.*, 28 S.W.3d 618, 620-21 (Tex.App.--Corpus Christi 2000, pet. denied). **Once the plaintiffs receive notice of right to sue, the sixty-day statute of limitations in Tex. Lab. Code Ann. §21.254 (Vernon 1996) takes precedence over the two-year statute of limitations in Section 21.256.**[4] *Davis v. Education Service Center*, 62 S.W.3d 890 (Tex.App.- Texarkana 2001, no pet.) (citing *Roberts v. Padre Island Brewing Co.*, 28 S.W.3d 618 (Tex.App—Corpus Christi 2000, pet. denied). DRC Distributors, Ltd. was not sued within the statutory period.

The time limits for filing actions under the TCHRA are **mandatory and jurisdictional** provisions of Texas law, and TCHRA claims must the brought within these time periods.[5] *Central Power and Light v. Caballero*, 872 S.W.2d 6, 7 (Tex. App.- San Antonio 1994, writ denied) (holding the limitations period for filing suit under TCHRA is "mandatory and jurisdictional" in dismissing suit for want of jurisdiction); *Schroeder*, 813 S.W.2d at 487 n. 10; *Brammer v. Martinaire, Inc.*, 838 S.W.2d 844, 848 (Tex.App.-Amarillo 1992, no writ); *Eckerdt v. Frostex Foods, Inc.*, 802 S.W.2d 70, 71 (Tex.App.-Austin 1990, no writ); *Austin v. Champion International Corp.*,1990 WL 339487 (S.D.Tex) (citing *Green v. Aluminum Co. of America*, 760 S.W.2d 378, 381 (Tex. App. – Austin 1988, no writ). Since the limitations period is jurisdictional under THCRA, suit on TCHRA claims after the expiration of the jurisdictional limitations period fails to

---

[4] At the hearing of April 7, 2003, counsel for plaintiffs stated that the statute of limitations of the TCHRA claims would run on April 10, 2003, two years after the original discrimination complaints were filed. However, the two year limitations period does not apply in this cause because the plaintiffs' receipt of notices of right to sue on April 8, 2002, triggered the 60 day limitations period.

invoke the subject matter jurisdiction of the court, and no equitable exceptions abrogate this limitations period. *Tarrant County v. Vandigriff*, 71 S.W.3d 921 (Tex. App. – Ft. Worth 2002, pet. denied). Suit is barred as a matter of law.

     C.    <u>Service of Process Must Be Within the Limitations Period</u>

     If a plaintiff files suit within the limitations period of TCHRA, it is also mandatory that he/she serve the defendant with citation within the sixty day limitations period. *Roberts v. Padre Island Brewing co., Inc.*, 28 S.W.3d 618 (Tex. App. – Corpus Christi 2000, pet. denied) (citing *Sibley v. Kaiser Foundation Health Plan of Texas*, 998 S.W.2d 399, 405 (Tex.App.-Texarkana 1999, no pet.)).

> Service of citation outside the limitations period may be given effect only if the plaintiff exercised due diligence in procuring issuance and service upon the defendant. *Gant v. DeLeon*, 786 S.W.2d 259, 260 (Tex. 1990) (per curiam); *Zale Corp.*, 520 S.W.2d at 890. Thus, when a plaintiff files suit within the limitations period, but does not serve the defendant until after the statutory period has expired, the date of service relates back to the date of filing only if the plaintiff continuously exercised due diligence in effecting service of citation upon the defendant. *Gant*, 786 S.W.2d at 260; *Zale Crop.*, 520 S.W.2d at 890; *Hansler v. Mainka*, 807 S.W.2d 3, 5 (Tex.App.—Corpus Christi 1991, no writ).

*Roberts*, 28 S.W.3d at 621.

     The complainant in *Roberts* filed suit within the 60 day limitations period but did not serve the defendant until 68 days after the 60 day limitations period had run. The plaintiff argued that she had exercised due diligence by repeatedly contacting the process server as well as the Cameron County Clerk's office to inquire about the status of service. The court ruled that reliance on the process server was not due diligence and her failure to attempt service through other alternative methods was a lack of diligence as a matter of law. *Id.* Neither Joiner Food Service, Inc. nor DRC Distributors, Ltd. was served within the 60 day period.

### D.     Application of Law to Facts.

The plaintiffs failed to meet any of the limitations periods that would allow them to bring TCHRA claims against DRC Distributors, Ltd.

1.     They failed to file TCHRA discrimination complaints against DRC Distributors, Ltd. within 180 days (they have yet to file discrimination complaints against DRC Distributors, Ltd.);

2.     They failed to file suit against DRC Distributors, Ltd. within 60 days from their receipt of notice of right to sue from TCHR; and

3.     They failed to exercise due diligence to serve either DRC Distributors, Ltd. or Joiner Food Service, Inc. within the 60 day limitations period.

Considering the jurisdictional limitations bar under the TCHRA, the bar to suit is absolute. Any argument the plaintiffs may raise that the jurisdictional bar does not apply and that all limitations periods should be equitably tolled to allow them to correct the identity of the party sued, Joiner Food Service, Inc., and substitute DRC Distributors, Ltd., must fail. First, an argument that the plaintiffs should be allowed to correct the name of Joiner Food Service, Inc, has no credibility since the plaintiffs, contrary to their Original Petition allegations, and even after Joiner Food Service, Inc.'s Answer and Defendant Carava's Notice of Removal notifying them otherwise, contend they did not misidentify Joiner Food Service, Inc. and that Joiner Food Service, Inc. is a proper party who was their joint employer with DRC Distributors, Ltd. The plaintiffs simply seek to add a new party. There is no equitable tolling theory that allows the wholesale addition of a new party, and particularly when the new party was known or should have been known

to the plaintiffs, as their employer, from the day each received her first paycheck with DRC Distributors, Ltd.'s name on it.

But, for the sake of argument, if the plaintiffs do contend that equitable tolling should apply because they did not know, and had no way to reasonably find, the name of their employer, DRC Distributors, Ltd., within the 180 day period to file a discrimination complaint or within the 60 day limitations period to file civil suit after receipt of their notices of right to sue, they are estopped from raising that contention beyond the date of their receipt of the Verified Answer of Joiner Food Service, Inc., served on October 24, 2002. The Verified Answer unquestionably notified the plaintiffs that DRC Distributors, Ltd. – not Joiner Food Service, Inc. - was their employer during the relevant time period. Despite undisputed notification, the plaintiffs wholly failed to diligently amend either their discrimination complaints or their civil suit to add DRC Distributors, Ltd. thereafter.

Further, the Plaintiffs failed to exercise due diligence to serve citation on Joiner Food Service, Inc. within the 60 day limitation period after their receipt of notice of right to sue from TCHR. It is undisputed that the plaintiffs received their notices of right to sue from TCHR on April 8, 2002, (Exhibit D) and filed suit against Joiner Food Service, Inc. on May 31, 2002, before the expiration of the limitations period of June 7, 2002. But the plaintiffs did not serve Joiner Food Service, Inc. until October 17, over 120 days after the expiration of the limitations period. Even then service of citation on Joiner Food Service, Inc. was in order to avoid dismissal of the suit when the state court issued, on October 11, 2002, an Order Setting Cause on Dismissal for Want of Prosecution. As a matter of law the failure to serve Joiner Food Service, Inc. for over 120 days after the limitations period ran is a lack of due diligence and suit against Joiner Food Service, Inc. is barred. *Roberts,*

28 S.W.3d at 621. Since the plaintiffs' claims against Joiner Food Service, Inc. are barred by failure to serve the petition within the limitations period, these same claims are barred against a party whom the plaintiffs may seek to substitute for Joiner Food Service, Inc., namely, DRC Distributors, Ltd.

## II.    Plaintiffs' common law claims against DCR Distributors, Ltd. are barred by limitations.

The limitations period for the common law claims of assault and battery, intentional infliction of emotional distress and invasion of privacy (there is no common law cause of action for "malice" or "wrongful constructive discharge") is two years from the date of the alleged events giving rise to the claim. *See* Tex. Civ. Prac. & Rem.Code Ann. § 16.003 (Vernon Supp.2002); *Matlock v. McCormick*, 948 S.W.2d 308, 311 (Tex.App.-San Antonio 1997, no writ); *Bhalli v. Methodist Hosp.*, 896 S.W.2d 207, 211 (Tex.App.-Houston [1st Dist.] 1995, writ denied; *Rubio v. Diversicare General Partner, Inc.*, 82 S.W.3d 778 (Tex.App.-Corpus Christi 2002). The last possible date giving rise to the plaintiffs' common law claims against DRC Distributors, Ltd. is February 19, 2001, the date the plaintiffs resigned their employment with DRC Distributors, Ltd. *See* Original Petition. The limitations period for those claims ran on February 19, 2003.

The Plaintiffs did not seek to join DRC Distributors, Ltd. as a new defendant until April 7, 2003, well after the limitations period on the common law claims ran. There is no dispute that the plaintiffs knew the identity of DRC Distributors, Ltd. when they received service of Joiner Food Service, Inc.'s Verified Answer in October of 2002. Despite this official notice, as well as their paychecks, W-2s and the locally filed Assumed Name Certificate, that DRC Distributors, Ltd. was their employer during the relevant time period, the plaintiffs failed to amend their suit to add DRC Distributors,

Ltd. before the limitations period ran. This lack of timely amendment and lack of diligence bars these claims.

Further, even had plaintiffs not been on notice that DRC Distributors, Ltd. was their employer – rather than Joiner Food Service, Inc. - their claims are nonetheless barred because limitations are not tolled for misidentification of a party.

> If, however, the plaintiff is mistaken as to which of two defendants is the correct one and there is actually existing a corporation with the name of the erroneously named defendant (misidentification), then plaintiff has sued the wrong party and limitations is not tolled.

*Hernandez v. Furr's supermarkets,* 924 S.W.2d 193 (Tex.App. – El Paso 1996). There is no dispute that Joiner Food Service, Inc. was an existing corporation at the time the plaintiffs filed their discrimination complaints. Therefore, the limitations period would not be tolled, and DRC Distributors, Ltd. is an improper party to the common law claims as a matter of law.

## CONCLUSION

The facts are clear. The Plaintiffs failed to name DRC Distributors, Ltd. as a party to the claims under TCHRA within the administrative limitations period of 180 days, or within the mandatory and jurisdictional 60 day limitations period to file civil suit. The plaintiffs also failed to name DRC Distributors, Ltd. as a party to their common law claims within the period of limitations. Finally, the plaintiffs' failure to exercise due diligence to serve citation on Joiner Food Service, Inc. within the limitations period of 60 days, bars suit against it and any later substituted party. There is no possible cause of action that plaintiffs have against DRC Distributors Ltd., and its joinder in this action is improper under the doctrine of "fraudulent joinder."

310928-2                                    11

ACCORDINGLY, Defendant David Carava respectfully requests that his Motion for Reconsideration of Plaintiffs' Motion for Leave to File Plaintiffs' First Amended Original Complaint, in which the plaintiffs seek to join DRC Distributors, Ltd. as a defendant, be granted and that Plaintiffs' Motion for Leave to File Plaintiffs' First Amended Original Complaint be denied.

Respectfully submitted,

OF COUNSEL:
OPPENHEIMER, BLEND,
HARRISON & TATE, INC.

Richard E. Manas, Attorney-in-Charge
Texas State Bar No. 00794931
Southern District of Texas Bar No. 21509
M. Cheryl Kirby, Associate, Of Counsel
Texas State Bar No. 00794097
Southern District of Texas Bar No. 23528
711 Navarro, Suite 600
San Antonio, Texas 78205
Telephone: (210) 224-2000
Facsimile:  (210) 224-7540

Counsel for Defendant, David Carava

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for the plaintiffs, J. Arnold Aguilar on April 22, 2003, concerning this Motion for Reconsideration and that we cannot agree about the disposition of the motion. I conferred with Benjamin Yudesis on April 23, 2003, and he agrees with the filing of this Motion for Reconsideration and that it should be granted.

M. Cheryl Kirby

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Defendant David Carava's Proposed Case Management has been sent on this _2 4 rh_ day of April, 2003, via certified mail, return receipt requested to:

      J. Arnold Aguilar
      Law Office of J. Arnold Aguilar
      Artemis Square, Suite H-2
      1200 Central Boulevard
      Brownsville, Texas 78520


      Benjamin M. Yudesis
      Attorney at Law
      322 E. Harrison Avenue, Suite A
      Harlingen, Texas 78550

                                     M. Cheryl Kirby

**EXHIBIT LIST**

A.    Affidavit of Joe Posler Regarding Paychecks and Copies of W-2s

B.    Affidavit of Aaron Andrew Joiner

C.    Original Discrimination Complaint

D.    Certified TCHR Files of Mary Ramirez, Sara Ann Sosa, Stacey Amy Roberts, Isela Villarreal, including Notices of Right to Sue and Notice of Right to Sue of Jennifer Angela Gomez Authenticated by Affidavit.

E.    Order Setting Cause for Dismissal for Want of Prosecution

F.    Assumed Name Certificates Filed with State and County with Authenticating Affidavit

**EXHIBIT "A"**

**AFFIDAVIT OF JOE POSLER REGARDING PAYCHECKS
AND COPIES OF W-2S**

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
(Brownsville Division)

| | | |
|---|---|---|
| MARY RAMIREZ, | § | |
| JENNIFER ANGELA GOMEZ, | § | |
| STACY AMY ROBERTS, | § | |
| SARA ANN SOSA and | § | |
| ISELA VILLARREAL, | § | |
| | § | |
| Plaintiffs | § | Civil Action No. |
| v. | § | B – 02 – CV - 239 |
| | § | |
| DAVID CARAVA and | § | |
| JOINER FOOD SERVICE, INC., | § | |
| | § | |
| Defendants | § | |

## AFFIDAVIT OF JOE POSLER

On this date Joe Posler personally appeared before me, the undersigned Notary

Public, and after being duly sworn, stated the following under oath:

1.      My name is Joe Posler. I am over 18 years of age and am competent to make this

affidavit. I have personal knowledge of the facts stated herein, and they are all true and

correct.

2.      I was employed by Joiner Food Service, Inc. prior to the sale of its assets to DRC

Distributors, Ltd. After the asset sale I became an employee of DRC Distributors, Ltd.,

serving as the personnel officer from May to July of 2000. In July of 2000 I became the

General Manger of DRC Distributors, Ltd., and held that position until I left employment

with DRC Distributors, Ltd. in December of 2000.

1

3.    During my employment with DRC Distributors, Ltd., DRC Distributors, Ltd. paid

its employees with paychecks issued in the name of DRC Distributors, Ltd, d/b/a Joiner

Food Service. The name DRC Distributors, Ltd. was on all the paychecks.

FURTHER AFFIANT SAYETH NOT.

        Executed this _23_ day of April, 2003.

                              BY: _Joe Posler_
                              JOE POSLER

SUBSCRIBED AND SWORN to before me on this 23rd day of April, 2003.

                              _Linda K. Herr_
                              NOTARY PUBLIC IN AND FOR
                              THE STATE OF TEXAS

                              DATE:_____

                              LINDA K. HERR
                              NOTARY PUBLIC
                              STATE OF TEXAS
                              EXPIRES
                              10-03-2004

2

| a Control number | | Void ☐ | OMB No. 1545-0008 | | | |
|---|---|---|---|---|---|---|

| b Employer identification number 74-2956005 | | 1 Wages, tips, other compensation 6850.85 | | 2 Federal income tax withheld 296.00 |
|---|---|---|---|---|

| c Employer's name, address, and ZIP code DRC DISTRIBUTORS, LTD. 821 W. JACKSON ST. P. O. DRAWER 2547 HARLINGEN, TX 78551 | 3 Social security wages 6805.85 | 4 Social security tax withheld 421.96 |
|---|---|---|
| | 5 Medicare wages and tips 6805.85 | 6 Medicare tax withheld 98.68 |
| | 7 Social security tips | 8 Allocated tips |

| d Employee's social security number 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 | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|

| e Employee's name, address, and ZIP code JENNIFER A. GOMEZ | 11 Nonqualified plans | 12 Benefits included in box 1 |
|---|---|---|
| 512 S. 3RD. STREET RAYMONDVILLE, TX 78580 | 13 See instrs. for box 13 | 14 Other                    0.00 Other                   45.00 |

| 15 Statutory employee ☐ | Deceased ☐ | Pension plan ☐ | Legal rep. ☐ | Deferred compensation ☐ |
|---|---|---|---|---|

| 16 State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| | | | | | | |

# W-2 Wage and Tax Statement 2000

Department of the Treasury—Internal Revenue Service
**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

Copy D For Employer or
Copy 1 For State, City, or Local Tax Department

| Control number | | Void ☐ | OMB No. 1545-0008 | **INFORMATION RETURN**<br>**For State, City or Employer File Copy D** | |
|---|---|---|---|---|---|

| Employer identification number<br>--2958005 | | 1 Wages, tips, other compensation<br>3802.25 | 2 Federal income tax withheld<br>238.00 |
|---|---|---|---|

| Employer's name, address, and ZIP code | 3 Social security wages<br>3762.25 | 4 Social security tax withheld<br>233.26 |
|---|---|---|

RC DISTRIBUTORS, LTD
1 W. JACKSON ST.
O. DRAWER 2547
ARLINGEN, TX 78551

| 5 Medicare wages and tips<br>3762.25 | 6 Medicare tax withheld<br>54.55 |
|---|---|

| 7 Social security tips | 8 Allocated tips |
|---|---|

Employee's social security number
3-07-1158

| 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|

| Employee's first name and initial | Last name | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|---|
| NNIFER A. | GOMEZ | | |

| 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
|---|---|

2 S. 3RD. STREET
AYMONDVILLE, TX 78580

| 14 Other<br><br>CAF. INS.    40.00 | 12c |
|---|---|
| | 12d |

Employee's address and ZIP code

| State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**W-2** **Wage and Tax Statement**    2001

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.

| Control number | | Void ☐ | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| Employer identification number<br>74-2958005 | | | 1 Wages, tips, other compensation<br>9173.57 | | 2 Federal income tax withheld<br>1012.00 |
| Employer's name, address, and ZIP code<br>DRC DISTRIBUTORS, LTD.<br>321 W. JACKSON ST.<br>P. O. DRAWER 2547<br>HARLINGEN, TX 78551 | | | 3 Social security wages<br>9068.57 | | 4 Social security tax withheld<br>562.25 |
| | | | 5 Medicare wages and tips<br>9068.57 | | 6 Medicare tax withheld<br>131.49 |
| | | | 7 Social security tips | | 8 Allocated tips |
| Employee's social security number<br>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 | | | 9 Advance EIC payment | | 10 Dependent care benefits |
| Employee's name, address, and ZIP code<br>ISELA VILLARREAL<br><br>901 W. HANSON<br>HARLINGEN, TX 78550 | | | 11 Nonqualified plans | | 12 Benefits included in box 1 |
| | | | 13 See instrs. for box 13 | | 14 Other<br>0.00<br>Other      105.00 |
| | | | 15 Statutory employee ☐  Deceased ☐  Pension plan ☐  Legal rep. ☐  Deferred compensation ☐ | | |

| State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

**W-2** Wage and Tax Statement **2000**

Copy D For Employer or
Copy 1 For State, City, or Local Tax Department

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.

PURCHASER:

ATTORNEY:

SELLER:

ATTORNEY:

PROPERTY:

CLOSING DATE:

PURCHASE PRI

ADDITIONAL C

2003 County Tax ($3
    Balance Paic
    4/17/03 thro

2002/03 School Tax (
    Balance Paic
    4/17/03 thro

TOTAL CREDITS

CREDITS TO PU

Deposit with Oppenhe

TOTAL CREDITS

TOTAL AMOUNT

| Control number | | Void ☐ | OMB No. 1545-0008 | **INFORMATION RETURN** **For State, City or Employer File Copy D** | |
|---|---|---|---|---|---|

| Employer identification number 4-2958005 | | | 1 Wages, tips, other compensation 2366.00 | 2 Federal income tax withheld 255.00 |
|---|---|---|---|---|

| Employer's name, address, and ZIP code | 3 Social security wages 2336.00 | 4 Social security tax withheld 144.83 |
|---|---|---|

RC DISTRIBUTORS, LTD
21 W. JACKSON ST.
O. DRAWER 2547
ARLINGEN, TX 78551

| | 5 Medicare wages and tips 2336.00 | 6 Medicare tax withheld 33.87 |
|---|---|---|
| | 7 Social security tips | 8 Allocated tips |

| Employee's social security number 51-55-9977 | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|

| Employee's first name and initial ELA | Last name VILLARREAL | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|---|

| 13 Statutory employee ☐   Retirement plan ☐   Third-party sick pay ☐ | 12b |
|---|---|

OI W. HANSON
ARLINGEN, TX 78550

| 14 Other | 12c |
|---|---|
| CAF. INS.  30.00 | 12d |

Employee's address and ZIP code

| State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**W-2** **Wage and Tax Statement**    2001    Department of the Treasury—Internal Revenue Service
**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

| Control number | | Void | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|

| b Employer identification number<br>74-2958005 | | 1 Wages, tips, other compensation<br>16670.83 | 2 Federal income tax withheld<br>1384.00 |
|---|---|---|---|
| c Employer's name, address, and ZIP code<br>DRC DISTRIBUTORS, LTD.<br>821 W. JACKSON ST.<br>P. O. DRAWER 2547<br>HARLINGEN, TX 78551 | | 3 Social security wages<br>16510.83 | 4 Social security tax withheld<br>1023.67 |
| | | 5 Medicare wages and tips<br>16510.83 | 6 Medicare tax withheld<br>239.41 |
| | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number<br>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 | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code<br>MARY L. RAMIREZ<br><br>P. O. BOX 1066<br>LOS FRESNOS, TX 78566 | | 11 Nonqualified plans | 12 Benefits included in box 1 |
| | | 13 See instrs. for box 13 | 14 Other<br>0.00<br>Other          160.00 |

| 15 Statutory employee ☐ | Deceased ☐ | Pension plan ☐ | Legal rep. ☐ | Deferred compensation ☐ |
|---|---|---|---|---|

| 3 State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| | | | | | | |

# W-2 Wage and Tax Statement   2000

Department of the Treasury—Internal Revenue Service
**For Privacy Act and Paperwork Reduction Act Notice, see separate Instructions.**

Copy D For Employer or
Copy 1 For State, City, or Local Tax Department

| Control number | | Void ☐ | OMB No. 1545-0008 | **INFORMATION RETURN**<br>**For State, City or Employer File Copy D** | | |
|---|---|---|---|---|---|---|

| Employer identification number<br>-2958005 | 1 Wages, tips, other compensation<br>4753.13 | 2 Federal income tax withheld<br>217.00 |
|---|---|---|

| Employer's name, address, and ZIP code | 3 Social security wages<br>4713.13 | 4 Social security tax withheld<br>292.21 |
|---|---|---|

RC DISTRIBUTORS, LTD
1 W. JACKSON ST.
O. DRAWER 2547
ARLINGEN, TX 78551

| | 5 Medicare wages and tips<br>4713.13 | 6 Medicare tax withheld<br>68.34 |
|---|---|---|
| | 7 Social security tips | 8 Allocated tips |

| Employee's social security number<br>5-39-5728 | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|

| Employee's first name and initial    Last name | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|

ARY L.    RAMIREZ

| 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
|---|---|

O. BOX 1066
OS FRESNOS, TX 78566

| 14 Other<br><br>CAF. INS.  40.00 | 12c |
|---|---|
| | 12d |

Employee's address and ZIP code

| State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**W-2** **Wage and Tax Statement**    **2001**

Department of the Treasury—Internal Revenue Service
**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

FORM 5204

| Control number | | Void ☐ | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| Employer identification number | | | 1 Wages, tips, other compensation | | 2 Federal income tax withheld |
| 74-2958005 | | | 1829.17 | | 108.00 |
| Employer's name, address, and ZIP code | | | 3 Social security wages | | 4 Social security tax withheld |
| DRC DISTRIBUTORS, LTD. | | | 1829.17 | | 113.41 |
| 821 W. JACKSON ST. | | | 5 Medicare wages and tips | | 6 Medicare tax withheld |
| P. O. DRAWER 2547 | | | 1829.17 | | 26.52 |
| HARLINGEN, TX 78551 | | | 7 Social security tips | | 8 Allocated tips |
| Employee's social security number | | | 9 Advance EIC payment | | 10 Dependent care benefits |
| 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 | | | | | |
| Employee's name, address, and ZIP code | | | 11 Nonqualified plans | | 12 Benefits included in box 1 |
| STACEY ROBERTS | | | | | |
| 588 W. KIMBALL | | | 13 See instrs. for box 13 | | 14 Other |
| RAYMONDVILLE, TX 78580 | | | | | 0.00 |

| 15 Statutory employee ☐ | Deceased ☐ | Pension plan ☐ | Legal rep. ☐ | Deferred compensation ☐ |
|---|---|---|---|---|

| State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| | | | | | | |

**W-2** **Wage and Tax Statement** **2000**

Copy D For Employer or
Copy 1 For State, City, or Local Tax Department

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.

| Control number | | Void ☐ | OMB No. 1545-0008 | INFORMATION RETURN |
|---|---|---|---|---|

**INFORMATION RETURN**
**For State, City or Employer File Copy D**

| Employer identification number | | | | |
|---|---|---|---|---|
| 74-2958005 | | | | |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 1930.04 | 146.00 |

| Employer's name, address, and ZIP code |
|---|
| RC DISTRIBUTORS, LTD |
| 21 W. JACKSON ST. |
| O. DRAWER 2547 |
| ARLINGEN, TX 78551 |

| 3 Social security wages | 4 Social security tax withheld |
|---|---|
| 1930.04 | 119.66 |

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 1930.04 | 27.99 |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | |

| Employee's social security number |
|---|
| 51-91-9694 |

| 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|
| | |

| Employee's first name and initial | Last name |
|---|---|
| TACEY | ROBERTS |

| 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|
| | |

| 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
|---|---|

| 88 W. KIMBALL |
|---|
| RAYMONDVILLE, TX 78580 |

| 14 Other | 12c |
|---|---|
| | 12d |

| Employee's address and ZIP code |
|---|

| State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**W-2  Wage and Tax Statement**     **2001**

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.

| a Control number | | Void ☐ | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| b Employer identification number 74-2958005 | | | 1 Wages, tips, other compensation 2957.68 | | 2 Federal income tax withheld 361.00 |
| c Employer's name, address, and ZIP code DRC DISTRIBUTORS, LTD. 821 W. JACKSON ST. P. O. DRAWER 2547 HARLINGEN, TX 78551 | | | 3 Social security wages 2957.68 | | 4 Social security tax withheld 183.37 |
| | | | 5 Medicare wages and tips 2957.68 | | 6 Medicare tax withheld 42.89 |
| | | | 7 Social security tips | | 8 Allocated tips |
| d Employee's social security number 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 | | | 9 Advance EIC payment | | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code SARA SOSA 902 S. LOOP 499 APT. A-8 HARLINGEN, TX 78550 | | | 11 Nonqualified plans | | 12 Benefits included in box 1 |
| | | | 13 See instrs. for box 13 | | 14 Other 0.00 |

| 15 Statutory employee ☐ | Deceased ☐ | Pension plan ☐ | Legal rep. ☐ | Deferred compensation ☐ |
|---|---|---|---|---|

| 16 State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| | | | | | | |

**Form W-2 Wage and Tax Statement**  **2000**

Department of the Treasury—Internal Revenue Service For Privacy Act and Paperwork Reduction Act Notice, see separate Instructions.

Copy D For Employer or
Copy 1 For State, City, or Local Tax Department

| a Control number | | | | | INFORMATION RETURN | |
|---|---|---|---|---|---|---|

Void ☐    OMB No. 1545-0008    **For State, City or Employer File Copy D**

| b Employer identification number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 74-2958005 | 2659.03 | 338.00 |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| | 2659.03 | 164.86 |
| DRC DISTRIBUTORS, LTD | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 821 W. JACKSON ST. | 2659.03 | 38.56 |
| P.O. DRAWER 2547 | 7 Social security tips | 8 Allocated tips |
| HARLINGEN, TX 78551 | | |

| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|
| 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 | | |

| e Employee's first name and initial    Last name | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|
| SARA                                  SOSA | | |

| 13 Statutory employee ☐   Retirement plan ☐   Third-party sick pay ☐ | 12b |
|---|---|

| 902 S. LOOP 499 | 14 Other | 12c |
|---|---|---|
| APT. A-8 | | |
| HARLINGEN, TX 78550 | | 12d |

f Employee's address and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

Form **W-2**  **Wage and Tax Statement**    **2001**

Department of the Treasury—Internal Revenue Service
**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

FORM 5204

**EXHIBIT "B"**

**AFFIDAVT OF AARON ANDREW JOINER**

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
(Brownsville Division)

| | | |
|---|---|---|
| MARY RAMIREZ, | } | |
| JENNIFER ANGELA GOMEZ, | } | |
| STACY AMY ROBERTS, | } | |
| SARA ANN SOSA and | } | |
| ISELA VILLARREAL, | } | |
|     Plaintiffs | } | |
| | } | |
| VS | } | CIVIL ACTION NO. B-02-239 |
| | } | |
| DAVID CARAVA and | } | |
| JOINER FOOD SERVICE, INC. | } | |
|     Defendants | } | |

## DEFENDANT JOINER FOOD SERVICE, INC.'S AFFIDAVIT
## IN SUPPORT OF DEFENDANT DAVID CARAVA'S OPPOSITION TO
## PLAINTIFFS MOTION TO REMAND

After first being duly sworn, Aaron A. Joiner, President of Joiner Food Service, Inc, deposes and says:

"I am Aaron A. Joiner, President of Joiner Food Service, Inc. and effective May 22, 2000, the physical assets of Joiner Food Service, Inc. were sold to DRC Distributors, Ltd., general partner of DRC Management Company, Inc. As part of the sale DRC Distributors, Ltd was licensed to use the name Joiner Food Services. At this time Joiner Food Service, Inc., ceased doing business.

Of the five Plaintiffs only Mary Ramirez was employed by Joiner Food Service, Inc at the time of the sale to DRC Distributors, Ltd and she ceased to be an employee of Joiner Food Service, Inc, at that time.

All employees of Joiner Food Service, Inc were advised of the pending sale both prior to and immediately after completion of the sale. During the period of time for which Plaintiffs' alleged claims arose Joiner Food Service, Inc. was not the employer, had no actual authority to control their work, exercised no actual authority to control their work, exercised no apparent authority to control their work, exercised no actual control

over their work, and retained no authority, actual or contractual, over their work or the terms and conditions of their employment.

Further Affiant sayeth not."

AARON A. JOINER, President of Joiner
Food Service, Inc.

SUBSCRIBED AND SWORN TO before me on this the ___11th___ day of February, 2003, by the said Aaron A. Joiner, President of Joiner Food Service, Inc.

Notary Public, State of Texas

**EXHIBIT "C"**

**ORIGINAL DISCRIMINATION COMPLAINT**

---

## CHARGE OF EMPLOYMENT DISCRIMINATION:  SEXUAL HARASSMENT

---

### I.

### <u>INTRODUCTION</u>

This charge is being brought on behalf of five (5) women, **MARY RAMIREZ**, **JENNIFER ANGELA GOMEZ, STACY AMY ROBERTS, SARA ANN SOSA** and **ISELA VILLARREAL**, for sexual discrimination and harassment against Respondent Joiner Food Service, for violations of State and Federal law.  Charging Parties are Hispanic females, whose addresses are as follows:

1.      Mary Ramirez
        400 Roberta Drive
        Los Fresnos, TX  78566
        (956) 233-8799
        Date of Birth - February 11, 1973
        Social Security No. 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

2.      Jennifer Angela Gomez
        512 South 3rd Street
        Raymondville, TX  78589
        (956) 689-6322
        Date of Birth - September 5, 1973
        Social Security No. 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

V:\FP\PLEADING\219-01.CHR                                              PAGE 1

3.    Stacy Amy Roberts
      588-W Kimball
      Raymondville, TX  78589
      (956) 689-4653
      Date of Birth - September 9, 1978
      Social Security No. 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

4.    Sara Ann Sosa
      902 South Loop 499, Apt. A-8
      Harlingen, TX  78550
      (956) 412-8093
      Date of Birth - September 20, 1977
      Social Security No. 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

5.    Isela Villarreal
      901 West Harrison
      Harlingen, TX  78550
      (956) 425-6583
      Date of Birth - November 15, 1975
      Social Security No. 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

The Respondent, Joiner Food Service, Inc., 821 West Jackson, Harlingen, Texas 78550, telephone number (956) 423-2003, is a Texas Business Corporation incorporated under the laws of the State of Texas.  The Respondent is an employer under Title VII, the Civil Rights Act, and the Texas Commission on Human Rights Act.

The Respondent Joiner Food Service, Inc.'s registered agent for service of process is Aaron A. Joiner, whose address is listed as 821 West Jackson Street, Harlingen, Texas 78550. Based on information and belief, however, the corporation has been sold to David Carava and is being managed and run by Mr. Carava.  Although Joiner Food Service, Inc. is based in Texas, Mr. Carava apparently resides primarily in California.

## II.

## STATEMENT OF CLAIMS

The claims made by each of the charging parties were based on the actions of David Carava, the general manager and apparent owner of Joiner Food Service, Inc. The actions of Mr. Carava constituted discrimination on the basis of sex and sexual harassment, in the creation of a hostile work environment and *quid pro quo* requests. Although the company had previously been owned by Mr. Joiner, on or about May 21, 2000, the company was bought out by Mr. Carava. Shortly thereafter, Mr. Carava began making numerous comments and taking numerous actions that resulted in a hostile work environment towards women in general, and towards the Charging Parties in particular, including the requests for dates and sexual favors. Starting in or about August 2000, Mr. Carava started making comments that if the employees would do good for him, he would do good for them, referring to sexual or other such favors. Mr. Carava would ask employees out on dates, make sexual remarks, offer rewards to women who responded favorably, and punish, chastise, yell at, or otherwise retaliate against women who did not respond favorably. If an employee would reject his advances, he would worsen the employee's working conditions to the point of forcing them to resign. Alternatively, if he believed the employees would be "friendly" towards him, he would improve their working conditions and pay. The facts involved with each Charging Parties are described below.

V:\FP\PLEADING\219-01.CHR

PAGE 3

## 1.   Mary Ramirez

Ms. Ramirez originally started with Joiner Food Service, Inc. in December 1998 as a temporary receptionist, earning $5.25 per hour. After her initial three (3) month probationary period, her salary was increased to $5.50 per hour. In August 2000, Ms. Ramirez was made Office Manager and her salary was increased to $8.00 per hour. Once Mr. Carava began a relationship with her, he thereafter raised her salary to $10.00 per hour, and later to $17.00 per hour and gave her a $200.00 bonus for the year 2000.

Prior to Mr. Carava's purchasing the company in May 2000, Ms. Ramirez had never had any concerns or problems involving sexual discrimination or harassment. In July 2000, however, Mr. Carava started complimenting Ms. Ramirez and asking her out on dates. As a result, they began a mutual relationship that affected her personal and professional situation. Shortly thereafter, Ms. Ramirez separated from her husband in August 2000. It was only after her relationship with Mr. Carava began that Ms. Ramirez was promoted to Office Manager from her former position of receptionist, and her salary was raised from $5.50 per hour to $8.00 per hour, and later to $10.00 and $17.00 per hour. So long as Ms. Ramirez continued to maintain a relationship with Mr. Carava he would reward her with salary and gifts.

The relationship began to sour, however, when Ms. Ramirez caught Mr. Carava with another employee, Belinda Franco, coming out of a hotel room. Ms. Franco began to cry and got upset because she did not know Mr. Carava had been having a relationship with Ms. Ramirez. Mr. Carava apparently was also having a relationship with Ms. Franco, and had told her he was planning to take her with him to California. Mr. Carava told Ms. Ramirez he had no explanation because he realized he had been caught. A short time later, Ms. Franco quit her

position at the company, but Ms. Ramirez called her and asked her to return because Ms. Franco needed the job for her family.  Although Ms. Ramirez also threatened to quit, Mr. Carava also convinced her to stay, with the promise that they would maintain only a platonic, and no longer a sexual, relationship.  Thereafter, Mr. Carava would continue to invite Ms. Ramirez out, but she would refuse.  As a result, he began to treat her very rudely and inappropriately, he would make derogatory remarks, and he would generally make her working conditions intolerable.  He would often yell and slam doors at Ms. Ramirez, he would make sarcastic remarks to her, and at one point he physically broke a keyboard in front of her.  Mr. Carava would frequently state that he could be vengeful, and that "once personal turns to business, business is business, and you better watch it little girl."  Because of the treatment by Mr. Carava, Ms. Ramirez determined that she could no longer tolerate his treatment and on February 19th she submitted her resignation, effectively being constructively terminated.

## 2.    Jennifer Angela Gomez

Ms. Gomez started working for Joiner Food Service, Inc. on August 20, 2000, as a receptionist.  She initially worked three (3) weeks as a temporary, earning $6.00 per hour, after which she stayed on and became a Purchasing Agent and her salary increased to $8.60 per hour. She was later promoted to Sales Manager, earning $13.00 per hour.

After Ms. Gomez had been working for Joiner Food Service, Inc. for about two (2) months, Mr. Carava started calling her on the telephone from California.  Mr. Carava would talk about Ms. Gomez' potential, and he asked to discuss this with her further over lunch.  After their lunch meeting, however, Mr. Carava would attempt to take Ms. Gomez to his hotel, but

she refused to go into the hotel, which seemed to frustrate Mr. Carava. He would later send her notes telling her she was pretty and that he wanted to be with her, explaining that he could make her happy. It was after these notes that he promoted Ms. Gomez to Sales Manager, earning $13.00 per hour. During meetings at the office, Mr. Carava would close his door while talking to Ms. Gomez, even after she would ask him not to. In spite of Mr. Carava's repeated requests to go out with Ms. Gomez, she would continue to refuse. When she confronted him with the possibility of his getting sued for doing so, he replied that he knew what trouble he could get into, but that he was willing to risk the danger because he wanted to be with Ms. Gomez. At one point, Mr. Carava also complained to Ms. Gomez that a receptionist that had been hired was unattractive, calling her a "scrote." He would also often ask Ms. Gomez about the measurements of receptionists that were to be hired. On Ms. Gomez' wedding anniversary, February 15, 2001, Mr. Carava fired the Warehouse Supervisor, Delia Rios, and later asked Ms. Gomez, Ms. Ramirez and Ms. Sosa to work late, and Ms. Roberts agreed to help as well. That evening, Ms. Gomez stayed working until 9:30 p.m., and the others stayed working until midnight. During that time, Mr. Carava continued to try to get Ms. Gomez and Ms. Roberts to go out with him. When Ms. Gomez continued to refuse, however, he stated that it was "my way or you can walk, baby, walk. I'm a smart 'motherfucker' who's made my mother's business very profitable." He then told Ms. Roberts that he fired Ms. Rios because "she was a fucking menopause bitch." Ms. Rios was approximately 50 years old. Mr. Carava also wanted Ms. Gomez to indicate on Ms. Rios' Exit Interview Form that Ms. Rios had failed to do her job, but Ms. Gomez refused. After she could no longer tolerate the requests and taunts of Mr. Carava, Ms. Gomez submitted her resignation on February 19th, effectively being constructively terminated.

V:\FP\PLEADING\219-01.CHR                                                    PAGE 6

## 3.    Stacy Amy Roberts

Ms. Roberts started with Joiner Food Service, Inc. in November 2000 as an Office Assistant, earning $7.00 per hour. Shortly thereafter, in January 2001, she began as a Sales Representative, earning her salary in addition to commissions. She earned $547.00 in commissions for two weeks in January 2001.

Ms. Roberts' problems with Mr. Carava started in December 2000. At that time, he began making sexual comments to her, asking her out, and stating that he could do sexual favors for her. He would tell her she was pretty and would claim that he could show her things because he had been with women. He would constantly try to pressure her to go out with him, and at one point even said that it was "time for [her] daily pressure" to go out with him. In an effort to entice her to go out with him and make her available to go out with him, he moved her to the sales position, at which she could earn more money through commissions. After she continued to refuse to go out with him, however, he began to treat her badly, including making rude and derogatory comments to her. As a result, at one point Ms. Roberts yelled at him "I only want to work for you!" and ran crying hysterically to the bathroom. Apparently the more Ms. Roberts would refuse Mr. Carava's advances, the more he would pressure her. He acknowledged to Ms. Ramirez that he had been mean to Ms. Roberts and told Ms. Ramirez that he was going to fire Ms. Roberts. After she could no longer take the harassment and pressure, Ms. Roberts submitted her resignation on February 19th, effectively being constructively terminated.

V:\FP\PLEADING\219-01.CHR

PAGE 7

## 4.    Sara Ann Sosa

Ms. Sosa started working for Joiner Food Service, Inc. on October 10, 2000, as a receptionist. Shortly thereafter, she was promoted to Collections Agent, where she was earning $7.50 per hour, and later $9.00 per hour.

After Mr. Carava's efforts to date Mary Ramirez, Jennifer Gomez and Stacy Roberts did not succeed, he began trying to get Ms. Sosa to go out with him. He began by complimenting her and by making favorable comments to her. He would tell Ms. Sosa and Ms. Gomez that Ms. Sosa had a nice body and nice breasts, and he would often flirt with her and stare at her. At the end of January 2001, he began asking her out on dates as well. Although she would refuse, Mr. Carava's advances made her uncomfortable. Mr. Carava would also make sexual remarks about Ms. Sosa's body, as well as other offensive and rude remarks about other employees. At one point, Mr. Carava told Ms. Gomez that he was like a "spider," indicating he was a prowler going after Ms. Sosa, and that he was going to "stay on her until he got her." Ms. Sosa was in fear of being alone with Mr. Carava, for which she filed a complaint with Ms. Ramirez on February 16th. As a result of the continued pressure and actions of Mr. Carava, Ms. Sosa eventually submitted her resignation on February 19th, effectively being constructively terminated.

[04/23/03  N  10:45  [TX/RX NO 5876]

## 5.   Isela Villarreal

Ms. Villarreal started working for Joiner Food Service, Inc. on June 8th as a temporary receptionist, earning $6.00 per hour.  On or about August 15th, she began working in the Accounts Receivable department, earning $8.00 per hour, and her salary was later increased to $10.00 per hour, and thereafter to $11.55 per hour.

Although Mr. Carava did not directly attempt to ask Ms. Villarreal out, he would instead attempt to get her to leave her husband.  During the week of February 1, 2001, Mr. Carava told Ms. Villarreal that he had heard some things about her husband and that she needed to leave him.  He would also make similar comments about other women's husbands.  Mr. Carava was apparently also upset that Ms. Villarreal had become pregnant.  He complained to numerous employees, including Ms. Roberts, Ms. Sosa and Ms. Ramirez, that Ms. Villarreal would take time off to go to doctor's appointments.  During that time period, Mr. Carava had made arrangements to switch from providing a group health insurance policy to providing insurance only for a select few employees.  During this time, he arranged for health insurance for male employees and their families, but not for the families of female employees.  He explained that although he knew this was wrong, the men needed to support their families, and he did not want to support any "bastard husbands."  As a result, health insurance was provided for the families of male employees, and for the child of Mary Ramirez (who he had been dating), but not for the families of any other female employees.

V:\FP\PLEADING\219-01.CHR

PAGE 9

Once Mr. Carava found out Ms. Villarreal was pregnant, not only did he not provide any health insurance for the child, but he even had her fired. Mr. Carava went so far as to tell Ms. Gomez and Ms. Sosa that he was going to fire Ms. Villarreal because she was pregnant, and that he was "not going to support her 50 kids and her bastard husband." Prior to this time, Ms. Villarreal had been performing her work satisfactorily, and she had even gotten a raise in January 2001. In spite of this, on February 5, 2001, Mr. Carava terminated Ms. Villarreal's employment, without any explanation as to why he was terminating her, what she had been doing wrong, or what actions she could take to correct any allegedly improper behavior or actions. Instead, he told her only "let's see if your husband can take care of you now!" Because Ms. Ramirez was also aware that Mr. Carava was terminating Ms. Villarreal because she was pregnant, he told her "if you fucking let a word out [about firing Ms. Villarreal because she was pregnant] then you're fired too."

In addition, two (2) other women also resigned on February 19, 2001, presumably because of the harassment they were experiencing from Mr. Carava. Those women, Veronica Martinez and Melinda Sanchez, would presumably also have knowledge of Mr. Carava's actions.

V:\FP\PLEADING\219-01.CHR                                    PAGE 10

# III.

## CONCLUSION

WHEREFORE, Charging Parties **MARY RAMIREZ, JENNIFER ANGELA GOMEZ,**

**STACY AMY ROBERTS, SARA ANN SOSA** and **ISELA VILLARREAL** file this Charge

of Employment Discrimination, requesting that the Texas Commission on Human Rights and the

Equal Employment Opportunity Commission conduct an investigation and make a determination

of the allegations raised herein, and that the Charging Parties obtain such relief as would include

declaratory and injunctive relief, actual and compensatory damages, punitive damages, and any

and all other relief to which Charging Parties are entitled, as provided at law and in equity,

including reasonable court costs, attorney's and expert's fees, and all interest to which they

would be entitled.

Signed on this the _____ day of April, 2001.

Respectfully submitted,

*LAW OFFICE*
*J. ARNOLD AGUILAR*
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas  78520
Telephone   :  (956) 504-1100
Facsimile   :  (956) 504-1408

By: _____

J. Arnold Aguilar
State Bar No. 00936270
Federal Adm. No. 6822

Attorney for Charging Parties,
MARY RAMIREZ, JENNIFER ANGELA
GOMEZ, STACY AMY ROBERTS, SARA
ANN SOSA and ISELA VILLARREAL

## AFFIDAVIT OF CHARGING PARTY
## MARY RAMIREZ

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

BEFORE ME, the undersigned official, on this day personally appeared **MARY RAMIREZ**, who being duly sworn, under oath, deposed and stated as follows:

My name is MARY RAMIREZ. I am over 18 years of age and fully competent to make and execute this affidavit. I am a Charging Party in this matter and hereby state that the allegations and claims made herein are true and correct.

Further Affiant sayeth not.

_____
MARY RAMIREZ

SUBSCRIBED AND SWORN TO BEFORE ME on the 2nd day of April, 2001, to certify which witness my hand and official seal.

_____
Notary Public, State of Texas

My Commission Expires:

03/27/03

[TX/RX NO 5876]    10:45    H.    04/23/03

---

## AFFIDAVIT OF CHARGING PARTY
### JENNIFER ANGELA GOMEZ

---

STATE OF TEXAS                          §
                                        §
COUNTY OF CAMERON                       §

BEFORE ME, the undersigned official, on this day personally appeared **JENNIFER ANGELA GOMEZ**, who being duly sworn, under oath, deposed and stated as follows:

My name is JENNIFER ANGELA GOMEZ. I am over 18 years of age and fully competent to make and execute this affidavit. I am a Charging Party in this matter and hereby state that the allegations and claims made herein are true and correct.

Further Affiant sayeth not.

_Jennifer Angela Gomez_
JENNIFER ANGELA GOMEZ

SUBSCRIBED AND SWORN TO BEFORE ME on the __11__ day of April, 2001, to certify which witness my hand and official seal.

Notary Public
State of Texas
LAURA VELEZ
My Appointment Expires 10-16-2004

Notary Public, State of Texas

My Commission Expires:

_10/16/2004_

# AFFIDAVIT OF CHARGING PARTY
## STACY AMY ROBERTS

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

BEFORE ME, the undersigned official, on this day personally appeared **STACY AMY ROBERTS**, who being duly sworn, under oath, deposed and stated as follows:

My name is STACY AMY ROBERTS. I am over 18 years of age and fully competent to make and execute this affidavit. I am a Charging Party in this matter and hereby state that the allegations and claims made herein are true and correct.

Further Affiant sayeth not.

_____
STACY AMY ROBERTS

SUBSCRIBED AND SWORN TO BEFORE ME on the 2nd day of April, 2001, to certify which witness my hand and official seal.

_____
Notary Public, State of Texas

My Commission Expires:

03/27/03

## AFFIDAVIT OF CHARGING PARTY
## SARA ANN SOSA

STATE OF TEXAS                              §
                                            §
COUNTY OF CAMERON                           §

BEFORE ME, the undersigned official, on this day personally appeared **SARA ANN**

**SOSA**, who being duly sworn, under oath, deposed and stated as follows:

My name is SARA ANN SOSA.  I am over 18 years of age and fully competent to make

and execute this affidavit.  I am a Charging Party in this matter and hereby state that the

allegations and claims made herein are true and correct.

Further Affiant sayeth not.

*Sara Ann Sosa*
SARA ANN SOSA

SUBSCRIBED AND SWORN TO BEFORE ME on the 2nd day of April, 2001, to
certify which witness my hand and official seal.

*Frances Pena*
Notary Public, State of Texas

My Commission Expires:

_03_ / _27_ / _03_

## AFFIDAVIT OF CHARGING PARTY
## ISELA VILLARREAL

STATE OF TEXAS             §
                              §
COUNTY OF CAMERON       §

      BEFORE ME, the undersigned official, on this day personally appeared **ISELA VILLARREAL**, who being duly sworn, under oath, deposed and stated as follows:

      My name is ISELA VILLARREAL.  I am over 18 years of age and fully competent to make and execute this affidavit.  I am a Charging Party in this matter and hereby state that the allegations and claims made herein are true and correct.

      Further Affiant sayeth not.

_Isela Villarreal_
ISELA VILLARREAL

      SUBSCRIBED AND SWORN TO BEFORE ME on the 2nd day of April, 2001, to certify which witness my hand and official seal.

_Frances Peña_
Notary Public, State of Texas

My Commission Expires:

03/27/03

**EXHIBIT "D"**

**CERTIFIED TCHR FILES OF MARY RAMIREZ, SARA ANN SOSA, STACEY AMY ROBERTS, ISELA VILLARREAL, INCLUDING NOTICES OF RIGHT TO SUE AND NOTICE OF RIGHT TO SUE OF JENNIFER ANGELA GOMEZ AUTHENTICATED BY AFFIDAVIT**

## AFFIDAVIT FOR AUTHENTICATION OF BUSINESS RECORDS

STATE OF TEXAS          §
                        §
COUNTY OF TRAVIS        §

BEFORE ME, the undersigned authority, personally appeared Vickie V. Covington, who, being by me duly sworn, deposed and said:

1.   My name is Vickie V. Covington. I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts stated in it.

2.   I am the Acting Director of Enforcement of the Texas Commission on Human Rights and as such I am the custodian of the records attached to this affidavit.

3.   The records attached to this affidavit, *Sara Sosa vs. Joiner Service, TCHR #1A20095-S, EEOC #31CA200216,* consists of *9 pages* kept by the Texas Commission on Human Rights in the regular course of its business. It was the regular course of that business for an employee or representative of the business with knowledge of the act, event, condition, or opinion recorded to make the record or to transmit information thereof to be included in such record. The record was made at or near the time of the act, event, condition, or opinion recorded, or reasonably soon thereafter. The attached records are the originals or exact duplicates of the originals.

*Vickie V. Covington*
VICKIE V. COVINGTON

SUBSCRIBED AND SWORN TO BEFORE ME on the ___16___ day of ___April___, 2003, to certify which witness my hand and official seal.

*Vicki L. Chesney*
Notary Public, in and for the State of Texas

VICKI L. CHESNEY
Notary Public, State of Texas
My Commission Expires May 13, 2006

<u>MEMORANDUM</u>

EEOC CHARGE NO.  <u>31CA200216</u>
TCHR CHARGE NO.  <u>1A20095-S</u>

TO:
       Deferral Coordinator
       U.S. Equal Employment Opportunity Commission

FROM:    Texas Commission on Human Rights

SUBJECT:  MAILING OF MATERIAL TO COMPLAINANT/RESPONDENT

BASIS:    GF
ISSUE:    C1, S4
TYPE OF CLOSURE:

**SKELETON FILE**

1.   <u>COMPLAINANT</u>

     NAME:        Sara A. Sosa
     ADDRESS:     902 South Loop 499, Apt A-8
     CITY, ST, ZIP: Harlingen, TX 78550
     TELEPHONE #:  956/412-8093

2.   <u>COMPLAINANT'S ATTORNEY/REPRESENTATIVE</u>

     NAME:        J. Arnold Aguilar, Attorney
     ADDRESS:     Artemis Square Suite H-2
                   1200 Central Boulevard
     CITY, ST, ZIP: Brownsville, TX 78520
     TELEPHONE #:  956/504-1100

3.   <u>RESPONDENT</u>

     NAME:        David Carava, Owner
     COMPANY NAME: Joiner Food Service
     ADDRESS:     821 West Jackson
     CITY, ST, ZIP: Harlingen, TX 78550
     TELEPHONE #:  956/423-2003

4.   <u>RESPONDENT'S ATTORNEY/CORPORATE HEADQUARTERS</u>

     NAME:
     ADDRESS:
     CITY, ST, ZIP:
     TELEPHONE #:

VAM

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ FEPA | |
| ☐ EEOC | |

Texas Commission On Human Rights _____ and EEOC
*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Ms. Sara A. Sosa | (956) 412-8093 |

| STREET ADDRESS 764 E. Kimball  Raymondville, TX 78580  SAS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 902 South Loop 499 Apt. A-8, Harlingen, TX 78550 | | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Joiner Food Service | Cat A (15-100) | (956) 423-2003 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 821 West Jackson, Harlingen, TX 78550 | | 061 |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER

| DATE DISCRIMINATION TOOK PLACE | |
|---|---|
| EARLIEST | LATEST |
| 10/15/2000 | 02/19/2001 |
| CONTINUING ACTION | |

**RECEIVED**
NOV 1 ... '00
TX COMMISSION ON
HUMAN RIGHTS

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s))*

ORIGINAL RECEIVED APRIL 11, 2001.

PERSONAL HARM:
1. Throughout the course of my employment Mr. David Carava, General Manager sexually harassed me.
2. On or about February 19, 2001, I was forced to resign.

RESPONDENT'S REASON FOR ADVERSE ACTION:
1. None given.
2. Not applicable.

DISCRIMINATION STATEMENT:
I believe I have been discriminated against in violation of the Texas Commission on Human Rights Act, as amended and Title VII of the Civil Rights Act of 1964, as amended because of my sex, female (sexual harassment) in that:

1. On or about October 10, 2000, I began working for Joiner Food Services as a receptionist. Shortly thereafter, I was promoted to Collections Agent, earning initially $7.50 and later $9.00 per hour.

2. During the course of my employment, Mr. Carava made unwanted sexual comments, requests for dates and sexual favors from me. He routinely

** Text is Continued on Attached Sheet(s) **

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - *(When necessary for State and Local Requirements)* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| *Sara Aimee Sosa* | |
| Date 11-12-01    Charging Party *(Signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Month, day and year)*  11/12/01  *Frances* |

EEOC FORM 5 (Rev. 07/99)

TCHR                    Fax:5124373477            Nov    01  16:23    P.02

Nov 05 11:05 2001  CP Initials _____  Chg # , Attachment Page 1

----------------------------------------------------------------------
Equal Employment Opportunity Commission
Form 5 - Charge of Discrimination, Additional Text
----------------------------------------------------------------------

complimented me on how good I looked and how he thought I had nice
breasts.  I would often find him staring at me.

3.  Mr. Carava described himself as a "spider" going after what he
wanted.  He indicated he was going to "stay on (me) until he got( me)."

4.  I made a complaint to Ms. Ramirez on February 16th about Mr. Carava
because I became fearful of being left alone with him.

5.  On or about February 19, 2001, I was forced to resign.


_Sara A. Sosa_
Complainant

_11-12-01_
Date


_Frances Pena_
Notary Public



EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
INTAKE RECORD

------------------------------------------------------------------------
CHARGE NUMBER:                              EEOC NUMBER:
------------------------------------------------------------------------
CHARGING PARTY INFORMATION:
    Sosa, Sara A (Ms.)          SOC SEC #: 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    GENDER: F
    902 South Loop 499 Apt. A-8 BIRTHDATE:               RACE  : O
    Harlingen, TX 78550         COUNTY   : Cameron        ORIGIN: O
(H)  (956) 412-8093             JOB TITLE:
(W)                             EXCLUDE CP NAME FROM 131/131a:
------------------------------------------------------------------------
RESPONDENT INFORMATION:
    Joiner Food Service         R TYPE   : E
    821 West Jackson            R COUNTY : 061
    Harlingen, TX 78550         SMSA CODE: 1240
                                SIC CODE : 581
    (956) 423-2003              FUNCTION :
SUPERVISOR NAME :               EEO ID#  :
SUPERVISOR TITLE:               # EMPLOY : Cat A (15-100)
------------------------------------------------------------------------
RECEIVED DATE: 041101    RCVD OFFICE: 31C        INTAKE STAFF: VAM
THIS OFF DATE: 111901    ACCT OFFICE: 31C        INTAKE UNIT : 1
DOV, FIRST  : 101500     DEFF OFFICE: 360        INQUIRY DATE: 041101
DOV, LAST   : 021901                             INTAKE OFF  : 36
------------------------------------------------------------------------
STATUTE: T               PROC TYPE: O        FEDERAL XFER:
BASIS  : GF              CONT. ACT: N        FEDERAL CODE:
ISSUES : C1 S4           SOURCE   : A        COMM. TYPE  : M
------------------------------------------------------------------------
RESPONDENT CONTACT INFORMATION:    CHARGING PARTY CONTACT INFORMATION:
Carava, David (Mr.)                Aguilar, J. Arnold (Att)
Owner                              Artemis Square Suite H-2, 1200
Joiner Food Service                Central Boulevard
821 West Jackson                   Brownsville, TX 78520
Harlingen, TX 78550                Phone: (956) 504-1100
Phone: (956) 423-2003
------------------------------------------------------------------------
ACTION CODE:
  B4 DATE:          OFFICE:      BY:      TO :      RSN:
  B5 DATE:          OFFICE:      BY:      TO :      RSN:
  B6 DATE:          OFFICE:      BY:      CAT:      CT1:        NEP:
  G1 DATE: 061101   OFFICE: 31C  BY: I1   STF: VAM
  A0 DATE:          OFFICE:      BY:      TO :      RSN:
------------------------------------------------------------------------
DATA COMPLETE: N
DATE UPLOADED:
------------------------------------------------------------------------
COMMENTS:
    Not/resp/ 04/13/2001 TO VAM 061101

LAW OFFICE
# J. ARNOLD AGUILAR

J. ARNOLD AGUILAR
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization

Board Certified - Civil Trial Law Advocate
National Board of Trial Advocacy

April 2, 2002

(956) 504-1100
Fax: (956) 504-1408
e-mail:aguilarlaw@aol.com

via FACSIMILE (512) 437-3478
TEXAS COMMISSION ON HUMAN RIGHTS
Attn:  Ms. Vera Mendes, Investigator
6330 Highway 290 East, Suite 250
P. O. Box 13006
Austin, TX  78711-3006

Re:   TCHR Complaint No.       :    1A20095-S / 31CA20016
       Complainant Party        :    Sara Sosa

       TCHR Complaint No.       :    1A20096-S / 31CA20015
       Complainant Party        :    Stacy Roberts

       TCHR Complaint No.       :    1A20136-S / 31CA200314
       Complainant Party        :    Mary Ramirez

       TCHR Complaint No.       :    1A20184-S / 31CA200431
       Complainant Party        :    Jennifer Gomez

       TCHR Complaint No.       :    1A20091-S /31CA200220
       Complainant Party        :    Isela Villarreal
       Respondent               :    Joiner Food Service
       Our File No.             :    219-01

Dear Ms. Mendes:

       At this time, I would ask that you please issue a "Right to Sue" letter on behalf of TCHR for my clients, Sara Sosa, Stacy Roberts, Mary Ramirez, Jennifer Gomez and Isela Villarreal. More than 180 days have elapsed since the filing of their claims and on March 28, 2002, mediation was held but was unsuccessful, I would therefore request that you issue my clients a "Right to Sue" letter at soon as possible.

Artemis Square, Suite H-2  •  1200 Central Blvd.  •  Brownsville, Texas 78520

6330 Hwy 290 East, Suite 250
Austin, Texas 78723
P.O. Box 13006
Austin, Texas 78711-3006
http://welcome.to/tchr



(512) 437-3450
(512) 437-3478   Fax
(888) 452-4778   Toll Free
(512) 371-7473   TTY
(800) 735-2989   Texas Relay

## TEXAS COMMISSION ON HUMAN RIGHTS

April 4, 2002

DISMISSAL:  REQUEST FOR NOTICE OF RIGHT TO FILE A CIVIL ACTION

Sara Sosa c/o
J. Arnold Aguilar
Artemis Square, Suite H-2
Brownsville, Texas 78520

REFERENCE:   Sara Sosa v. Joiner Food Service
             TCHR Complaint No.:  1A20095-S

Dear Ms. Sosa:

        This is to inform you that the above captioned matter is hereby administratively dismissed,
pursuant to your request for Notice of Right to File a Civil Action, date received April 4, 2002.

        This concludes the Commission's process of the subject complaint.

                              Sincerely,

                              *Raymond Hammute, Program Supervisor*

                    For.    J.D. Powell
                            Executive Director

cc:     David Carava, Owner
        Joiner Food Service
        821 West Jackson
        Harlingen, Texas 78550

*"Texas Commission on Human Rights is an Equal Opportunity Employer"*

6330 Hwy 290 East, Suite 250
Austin, Texas 78723
P.O. Box 13006
Austin, Texas 78711-3006
http://welcome.to/tchr



(512) 437-3450
(512) 437-3478  Fax
(888) 452-4778  Toll Free
(512) 371-7473  TTY
(800) 735-2989  Texas Relay

## TEXAS COMMISSION ON HUMAN RIGHTS

## NOTICE OF RIGHT TO FILE A CIVIL ACTION

RE:    Sara Sosa  vs. Joiner Food Service

TCHR Complaint Number:  1A20095-S

EEOC Charge:  31CA200216

Pursuant to Sections 21.252 and 21.254 of the Texas Labor Code, as amended, and Chapter 327, Section 327.7 of the Commission's Rules, this notice is to advise you of your right to bring a private civil action in state court in the above referenced case.  PLEASE BE ADVISED THAT YOU HAVE SIXTY (60) DAYS FROM THE RECEIPT OF THIS NOTICE TO FILE THIS CIVIL ACTION.

The United States Supreme Court has held in <u>Kremer v. Chemical Construction Corporation</u>, 456 U. S. 461 (1982), that a federal district court must generally dismiss a Title VII action involving the same parties and raising the same issues as those raised in a prior state court action under Chapter 21 of the Texas Labor Code.  Therefore, filing a lawsuit in state court based on the issuance of this notice of right-to-sue may prevent you from filing a lawsuit in federal court based on Title VII of the Civil Rights Act of 1964, as amended, 42 U. S. C. 2000e - <u>et seq</u>.

Sincerely,

J.D. Powell
Executive Director

cc: Respondent

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SSosa/1A20095-S/DS/mlm
DAVID CARAVA OWNER
JOINER FOOD SERVICE
821 W JACKSON
HARLINGEN TX 78550

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
APR 11 2002

C. Signature
X Julia Ortiz    ☐ Agent    ☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7001 1940 0005 3893 5649
(Transfer from service label)

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SARA SOSA
C/O J ARNOLD AGUILAR
1200 CENTRAL BLVD
ARTEMIS SQUARE H-2
BROWNSVILLE TX 78320

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
J CIFFAVO    4-8-0?

C. Signature
X Scano    ☐ Agent    ☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7001 1940 0005 3893 5557
(Transfer from service label)

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424



EEOC Form 161-B (10/96)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: Sara A. Sosa
C/O: Arnold J. Aguilar
Artemis Square, Suite H-2
1200 Central Blvd
Brownsville, Texas 78520

From: Equal Employment Opportunity Commission
5410 Fredricksburg Road, Suite 200
San Antonio, Texas 78229

RECEIVED
MAY 1 4 2002
TCHR

[   ]   *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 31CA200216 | Guillermo Zamora | 281-7603 |

*(See also the additional information attached to this form.)*

### NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ x ]   More than 180 days have passed since the filing of this charge.

[   ]   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[ x ]   The EEOC is terminating its processing of this charge.

[   ]   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[   ]   The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[   ]   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____   5·10·02
Pedro Esquivel, Director

Enclosure(s)                                        *(Date Mailed)*

cc:   Joiner Food Service
C/O: David Garava, Owner
821 West Jackson
Harlingen, Texas 78550

## AFFIDAVIT FOR AUTHENTICATION OF BUSINESS RECORDS

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

BEFORE ME, the undersigned authority, personally appeared Vickie V. Covington, who, being by me duly sworn, deposed and said:

1.  My name is Vickie V. Covington. I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts stated in it.

2.  I am the Acting Director of Enforcement of the Texas Commission on Human Rights and as such I am the custodian of the records attached to this affidavit.

3.  The records attached to this affidavit, *Stacy Roberts vs. Joiner Food Service, TCHR #1A20096-S, EEOC #31CA200215,* consists of *8 pages* kept by the Texas Commission on Human Rights in the regular course of its business. It was the regular course of that business for an employee or representative of the business with knowledge of the act, event, condition, or opinion recorded to make the record or to transmit information thereof to be included in such record. The record was made at or near the time of the act, event, condition, or opinion recorded, or reasonably soon thereafter. The attached records are the originals or exact duplicates of the originals.

VICKIE V. COVINGTON

SUBSCRIBED AND SWORN TO BEFORE ME on the ___16___ day of ___April___, 2003, to certify which witness my hand and official seal.

Notary Public, in and for the
State of Texas

VICKI L. CHESNEY
Notary Public, State of Texas
My Commission Expires May 13, 2006

**MEMORANDUM**

EEOC CHARGE NO.  31CA200215
TCHR CHARGE NO.  1A20096-S

TO:
      Deferral Coordinator
      U.S. Equal Employment Opportunity Commission

FROM:    Texas Commission on Human Rights

SUBJECT:  MAILING OF MATERIAL TO COMPLAINANT/RESPONDENT

BASIS:    GF
ISSUE:    C1, S4
TYPE OF CLOSURE:

**SKELETON FILE**

1.    **COMPLAINANT**

    NAME:          Stacy A. Roberts
    ADDRESS:      588-W Kimball
    CITY, ST, ZIP: Raymondville, TX 78589
    TELEPHONE #:  956/689-4653

2.    **COMPLAINANT'S ATTORNEY/REPRESENTATIVE**

    NAME:          J. Arnold Aguilar, Attorney
    ADDRESS:      1200 Central Boulevard
                  Artemis Square Suite H-2
    CITY, ST, ZIP: Brownsville, TX 78520
    TELEPHONE #:

3.    **RESPONDENT**

    NAME:          David Carava, Owner
    COMPANY NAME: Joiner Food Service
    ADDRESS:      821 West Jackson
    CITY, ST, ZIP: Harlingen, TX 78550
    TELEPHONE #:  956/423-2003

4.    **RESPONDENT'S ATTORNEY/CORPORATE HEADQUARTERS**

    NAME:
    ADDRESS:
    CITY, ST, ZIP:
    TELEPHONE #:

VAM

# CHARGE OF DISCRIMINATION

| | | AGENCY | CHARGE NUMBER |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | | ☒ FEPA | 1A20096-S |
| | | ☐ EEOC | 31CA200215 |

Texas Commission On Human Rights _____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Stacy A. Roberts | (956) 689-4653 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 588-W Kimball, Raymondville, TX 78589 | | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Joiner Food Service | Cat A (15-100) | (956) 423-2003 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 821 West Jackson, Harlingen, TX 78550 | | 061 |

| NAME | | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify)

| DATE DISCRIMINATION TOOK PLACE | |
|---|---|
| EARLIEST | LATEST |
| 10/15/2000 | 02/19/2001 |
| ☐ CONTINUING ACTION | |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):
ORIGINAL RECEIVED APRIL 11, 2001

RECEIVED
NOV 19 2001
TX COMMISSION ON
HUMAN RIGHTS

PERSONAL HARM:

1. Commencing on or about December 2000, Mr. Carava, General Manager, sexually harassed me.
2. On or about February 19, 2001, I was forced to resign.

RESPONDENT'S REASON FOR ADVERSE ACTION:

1. None given.
2. Not applicable.

DISCRIMINATION STATEMENT:
I believe I have been discriminated against in violation of the Texas Commission on Human Rights Act, as amended and Title VII of the Civil Rights Act of 1964, as amended because of my sex, female (sexual harassment) in that:

1. During December, 2000 and January 2001, beginning one month after I began working at Joiner Food Services, Mr. Carava began to make requests for dates and sexual encounters with him. He complimented me on how I looked and made lewd sexual comments. One one occasion he said it was "time for (my) daily pressure".

** Text is Continued on Attached Sheet(s) **

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| *Stacy A. Roberts* | |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year) |
| Date 11/05/1     Charging Party (Signature) | 11/6/01  *Frances* |
| EEOC FORM 5 (Rev. 07/99) | |

FRANCES PENA
NOTARY PUBLIC
STATE OF TEXAS
09-27-2003

Nov 05 11:12 2001  CP Initials _____  Chg # , Attachment Page 1

---------------------------------------------------------------
Equal Employment Opportunity Commission
Form 5 - Charge of Discrimination, Additional Text
---------------------------------------------------------------

2. To entice me to go out with him he moved me to a sales position where I could earn more money through commissions.

3.  At all times I refused Mr. Carava's advances.  Consequently, Mr. Carava began to make rude, derogatory comments to me.

4.  On one occasion I became so distressed at the harassment that I yelled at Mr. Carava, "I only want to work for you!" At this point I ran to the bathroom crying.

5.  Mr. Carava admitted to Ms. Ramirez that he had been mean to me but that he was going to terminate me.

6.  On or about February 19, 2001, I was forced to resign.


_____          _____
Complainant                          Date  11/08/01


_____
Notary Public

```
                    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
                                INTAKE RECORD
-----------------------------------------------------------------------------
CHARGE NUMBER:                                    EEOC NUMBER:
-----------------------------------------------------------------------------
CHARGING PARTY INFORMATION:
     Roberts, Stacy A (Ms.)          SOC SEC #: 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      GENDER:
     588-W Kimball                    BIRTHDATE:                 RACE  :
     Raymondville, TX 78589           COUNTY   : Hidalgo         ORIGIN:
(H)  (956) 689-4653                   JOB TITLE:
(W)                                   EXCLUDE CP NAME FROM 131/131a:
-----------------------------------------------------------------------------
RESPONDENT INFORMATION:
     Joiner Food Service              R TYPE    : E
     821 West Jackson                 R COUNTY  : 061
     Harlingen, TX 78550              SMSA CODE : 1240
                                      SIC CODE  : 581
     (956) 423-2003                   FUNCTION  :
SUPERVISOR NAME :                     EEO ID#   :
SUPERVISOR TITLE:                     # EMPLOY  : Cat A (15-100)
-----------------------------------------------------------------------------
RECEIVED DATE: 041101    RCVD OFFICE: 31C          INTAKE STAFF: VAM
THIS OFF DATE: 111901    ACCT OFFICE: 31C          INTAKE UNIT : 1
DOV, FIRST  : 101500     DEFF OFFICE: 360           INQUIRY DATE: 041101
DOV, LAST   : 021901                                INTAKE OFF  : 36
-----------------------------------------------------------------------------
STATUTE : T              PROC TYPE: O               FEDERAL XFER:
BASIS : GF               CONT. ACT: N               FEDERAL CODE:
ISSUES : C1 S4           SOURCE   : A               COMM. TYPE  : M
-----------------------------------------------------------------------------
RESPONDENT CONTACT INFORMATION:       CHARGING PARTY CONTACT INFORMATION:
     Carava, David (Mr.)                   Aguilar, J. Arnold (Att)
     Owner                                 1200 Central Boulevard Artemis
     Joiner Food Service                   Square Suite H-2
     821 West Jackson                      Brownsville, TX 78520
     Harlingen, TX 78550
     Phone: (956) 423-2003
-----------------------------------------------------------------------------
ACTION CODE:
     B4 DATE:         OFFICE:       BY:      TO :      RSN:
     B5 DATE:         OFFICE:       BY:      TO :      RSN:
     B6 DATE:         OFFICE:       BY:      CAT:      CT1:          NEP:
     G1 DATE: 061101  OFFICE: 31C   BY: I1   STF: VAM
     A0 DATE:         OFFICE:       BY:      TO :      RSN:
-----------------------------------------------------------------------------
DATA COMPLETE: N
DATE UPLOADED:
-----------------------------------------------------------------------------
COMMENTS:
     Not/resp/ 04/13/2001 TO VAM 061101
```

LAW OFFICE

# J. ARNOLD AGUILAR

---

**J. ARNOLD AGUILAR**
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization

Board Certified - Civil Trial Law Advocate
National Board of Trial Advocacy

April 2, 2002

**(956) 504-1100**
**Fax: (956) 504-1408**
e-mail:aguilarlaw@aol.com

*via FACSIMILE (512) 437-3478*
**TEXAS COMMISSION ON HUMAN RIGHTS**
Attn: Ms. Vera Mendes, Investigator
6330 Highway 290 East, Suite 250
P. O. Box 13006
Austin, TX 78711-3006

| Re: | TCHR Complaint No. | : | 1A20095-S / 31CA20016 |
| | Complainant Party | : | Sara Sosa |
| | | | |
| | TCHR Complaint No. | : | 1A20096-S / 31CA20015 |
| | Complainant Party | : | Stacy Roberts |
| | | | |
| | TCHR Complaint No. | : | 1A20136-S / 31CA200314 |
| | Complainant Party | : | Mary Ramirez |
| | | | |
| | TCHR Complaint No. | : | 1A20184-S / 31CA200431 |
| | Complainant Party | : | Jennifer Gomez |
| | | | |
| | TCHR Complaint No. | : | 1A20091-S / 31CA200220 |
| | Complainant Party | : | Isela Villarreal |
| | Respondent | : | Joiner Food Service |
| | Our File No. | : | 219-01 |

Dear Ms. Mendes:

At this time, I would ask that you please issue a "Right to Sue" letter on behalf of TCHR for my clients, Sara Sosa, Stacy Roberts, Mary Ramirez, Jennifer Gomez and Isela Villarreal. More than 180 days have elapsed since the filing of their claims and on March 28, 2002, mediation was held but was unsuccessful, I would therefore request that you issue my clients a "Right to Sue" letter at soon as possible.

Artemis Square, Suite H-2  •  1200 Central Blvd.  •  Brownsville, Texas 78520

6330 Hwy 290 East, Suite 250
Austin, Texas 78723
P.O. Box 13006
Austin, Texas 78711-3006
http://welcome.to/tchr



(512) 437-3450
(512) 437-3478   Fax
(888) 452-4778   Toll Free
(512) 371-7473   TTY
(800) 735-2989   Texas Relay

## TEXAS COMMISSION ON HUMAN RIGHTS

April 4, 2002

DISMISSAL:  REQUEST FOR NOTICE OF RIGHT TO FILE A CIVIL ACTION

Stacy Roberts c/o
J. Arnold Aguilar
Artemis Square, Suite H-2
Brownsville, Texas 78520

REFERENCE:   Stacy Roberts v. Joiner Food Service
             TCHR Complaint No.:  1A20096-S

Dear Ms. Roberts:

    This is to inform you that the above captioned matter is hereby administratively dismissed, pursuant to your request for Notice of Right to File a Civil Action, date received April 4, 2002.

    This concludes the Commission's process of the subject complaint.

Sincerely,

For:   J.D. Powell
       Executive Director

cc:   David Carava, Owner
      Joiner Food Service
      821 West Jackson
      Harlingen, Texas 78550

6330 Hwy 290 East, Suite 250
Austin, Texas 78723
P.O. Box 13006
Austin, Texas 78711-3006
http://welcome.to/tchr



(512) 437-3450
(512) 437-3478   Fax
(888) 452-4778   Toll Free
(512) 371-7473   TTY
(800) 735-2989   Texas Relay

## TEXAS COMMISSION ON HUMAN RIGHTS

### NOTICE OF RIGHT TO FILE A CIVIL ACTION

RE:   Stacy Roberts  vs. Joiner Food Service

TCHR Complaint Number:  1A20096-S

EEOC Charge:  31CA200215

Pursuant to Sections 21.252 and 21.254 of the Texas Labor Code, as amended, and Chapter 327, Section 327.7 of the Commission's Rules, this notice is to advise you of your right to bring a private civil action in state court in the above referenced case.  **PLEASE BE ADVISED THAT YOU HAVE SIXTY (60) DAYS FROM THE RECEIPT OF THIS NOTICE TO FILE THIS CIVIL ACTION.**

The United States Supreme Court has held in <u>Kremer v. Chemical Construction Corporation</u>, 456 U. S. 461 (1982), that a federal district court must generally dismiss a Title VII action involving the same parties and raising the same issues as those raised in a prior state court action under Chapter 21 of the Texas Labor Code.  Therefore, filing a lawsuit in state court based on the issuance of this notice of right-to-sue may prevent you from filing a lawsuit in federal court based on Title VII of the Civil Rights Act of 1964, as amended, 42 U. S. C. 2000e - <u>et seq</u>.

Sincerely,

*Raymond Hammett, Program Supervisor*

For. J.D. Powell
Executive Director

cc: Respondent

*"Texas Commission on Human Rights is an Equal Opportunity Employer"*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SRoberts/1A20096-S/DS/mlm
DAVID CARAVA OWNER
JOINER FOOD SERVICE
821 W JACKSON
HARLINGEN TX 78550

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
APR 1 1 2002

C. Signature
X Salvia Crig    ☐ Agent
                 ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7001 1940 0005 3893 5687

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Stacy Roberts
C/O J ARNOLD AGUILAR
1200 CENTRAL BLVD
ARTEMIS SQUARE H-2
BROWNSVILLE TX 78320

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
JENNIFER GARZA    4-14-02

C. Signature
X SAM    ☐ Agent
         ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7001 1940 0005 3893 5670

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424

## AFFIDAVIT FOR AUTHENTICATION OF BUSINESS RECORDS

STATE OF TEXAS          §
                        §
COUNTY OF TRAVIS        §


BEFORE ME, the undersigned authority, personally appeared Vickie V. Covington, who, being by me duly sworn, deposed and said:

1.    My name is Vickie V. Covington. I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts stated in it.

2.    I am the Acting Director of Enforcement of the Texas Commission on Human Rights and as such I am the custodian of the records attached to this affidavit.

3.    The records attached to this affidavit, *Isela Villarreal vs. Joiner Food Service, TCHR #1A20091-S, EEOC #31CA200220,* consists of *6 pages* kept by the Texas Commission on Human Rights in the regular course of its business. It was the regular course of that business for an employee or representative of the business with knowledge of the act, event, condition, or opinion recorded to make the record or to transmit information thereof to be included in such record. The record was made at or near the time of the act, event, condition, or opinion recorded, or reasonably soon thereafter. The attached records are the originals or exact duplicates of the originals.

*Vickie V. Covington*
VICKIE V. COVINGTON


 SUBSCRIBED AND SWORN TO BEFORE ME on the __16__ day of April_____, 2003, to certify which witness my hand and official seal.

*Vickie L. Chesney*
Notary Public, in and for the
State of Texas

NOTARY PUBLIC
STATE OF TEXAS
VICKI L. CHESNEY
Notary Public, State of Texas
My Commission Expires May 13, 2006

**MEMORANDUM**                          EEOC CHARGE NO.  31CA200220
                                        TCHR CHARGE NO.  1A20091-S

TO:
            Deferral Coordinator
            U.S. Equal Employment Opportunity Commission

FROM:       Texas Commission on Human Rights

SUBJECT:    MAILING OF MATERIAL TO COMPLAINANT/RESPONDENT

BASIS:    GF
ISSUE:    B1, D2, S4
TYPE OF CLOSURE:                        SKELETON FILE

1.    **COMPLAINANT**

        NAME:            Isela Villarreal
        ADDRESS:         901 West Jackson
        CITY, ST, ZIP:   Harlingen, TX 78550
        TELEPHONE #:     956/425-6583


2.    **COMPLAINANT'S ATTORNEY/REPRESENTATIVE**

        NAME:            J. Arnold Aguilar, Attorney
        ADDRESS:         1200 Central Boulevard
                         Artemis Square Suite H-2
        CITY, ST, ZIP:   Brownsville, TX 78520
        TELEPHONE #:     956/504-110

3.    **RESPONDENT**

        NAME:            David Carava, Owner
        COMPANY NAME:    Joiner Food Service
        ADDRESS:         821 West Jackson
        CITY, ST, ZIP:   Harlingen, TX 78550
        TELEPHONE #:     956/423-2003

4.    **RESPONDENT'S ATTORNEY/CORPORATE HEADQUARTERS**

        NAME:
        ADDRESS:
        CITY, ST, ZIP:
        TELEPHONE #:


VAM

10/29/01  10:38  ☎51. ⌐7 3478      COMM ON HUMAN R        Ø002/009

# CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NO. 2002/009 |
|---|---|---|
| | ☒ FEPA | |
| | ☐ EEOC | |

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

**Texas Commission On Human Rights**        and EEOC
*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)*   IV. | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Ms. Isela Villarreal | (956) 425-6583 |

| STREET ADDRESS   Harrison | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 901 West Harrison, Harlingen, TX 78550 | | 09/05/1973 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Joiner Food Service | Cat A (15-100) | (956) 423-2003 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 821 West Jackson, Harlingen, TX 78550 | | 061 |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN | *EARLIEST*        *LATEST* |
| ☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER *(Specify)* | 10/15/2000    02/05/2001 |
| | ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

ORIGINAL RECEIVED APRIL 11, 2001.

RECEIVED
NOV 1 9 2001
TX COMMISSION ON
HUMAN RIGHTS

PERSONAL HARM:

1. During the course of my employment, Mr. David Carava, General Manager harassed me.
2. On or about  January 2001  (date) Mr. Carava discontinued my health insurance benefits after I became pregnant.
3. On or about February 5, 2001, Mr. Carava discharged me.

RESPONDENT'S REASONS FOR ADVERSE ACTIONS:
1. None given.
2. Mr. Carava told me that he was no longer providing health insurance for my family because I needed to leave my husband and he was not about to support any "bastard husbands".

DISCRIMINATION STATEMENT:
I believe I have been discriminated against in violation of the Texas Commission on Human Rights Act, as amended and Title VII of the Civil Rights Act, 1964, as amended because of my sex, female and (Pregnancy) in that:

1.   On or about June 8, 2000, I began working at Joiner Food Services as a receptionist earning $6.00 per hour.

** Text is Continued on Attached Sheet(s) **

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| | X |
| 11-08-01   *Isela Villarreal* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Month, day and year)* |
| X | ✓ 11/08/01  *Frances...* |
| *Charging Party (Signature)* | |

FRANCES ...
NOTARY PUBLIC
STATE OF TEXAS

10/29/01   10:39   ☎51   ʼ7 3478   .   COMM ON HUMAN :   ☒003/009

Oct 27 16:19 1996  CP Initials_____  Chg # , Attachment Page 1

-----------------------------------------------------------------
Equal Employment Opportunity Commission
Form 5 - Charge of Discrimination, Additional Text
-----------------------------------------------------------------

2.  On one occasion Mr. Carava told me he heard some things about my husband and that I needed to leave him.

3.  After I became pregnant, Mr. Carava complained that I took time off to go to the doctor.

4.  On or about __January 2001__ (date) Mr. Carava discontinued health insurance coverage for the spouse and children of his female employees but he continued coverage for the spouse and children of his male employees, for example, Juan R. Gonzalez, Valentin Jimenez & Mr. Vasquez (names) Mr. Carava acknolwledged that this was wrong but he knew that "men needed to support their families" but he was not going to "support any Bastard husbands."   -

6.  Mr. Carava stated that he was going to terminate me because I was pregnant and he was not going to support my "fifty kids and my bastard husband".

7.  After Mr. Carava discharged me he said, "Let's see if your husband can take care of you now!"

x _Isela Villarreal_
Complainant

x _11-03-01_
Date

x _Frances Peña_
Notary Public

FRANCES PEÑA
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
03-27-2003

L A W   O F F I C E

# J.  ARNOLD  AGUILAR

---

J. ARNOLD AGUILAR
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization

Board Certified - Civil Trial Law Advocate
National Board of Trial Advocacy

April 2, 2002

(956) 504-1100
Fax: (956) 504-1408
e-mail:aguilarlaw@aol.com

*via FACSIMILE (512) 437-3478*
TEXAS COMMISSION ON HUMAN RIGHTS
Attn:  Ms. Vera Mendes, Investigator
6330 Highway 290 East, Suite 250
P. O. Box 13006
Austin, TX  78711-3006

| | | | |
|---|---|---|---|
| Re: | TCHR Complaint No. | : | 1A20095-S / 31CAZ0016 |
| | Complainant Party | : | Sara Sosa |
| | TCHR Complaint No. | : | 1A20096-S /31CAZ0015 |
| | Complainant Party | : | Stacy Roberts |
| | TCHR Complaint No. | : | 1A20136-S /31CAZ00314 |
| | Complainant Party | : | Mary Ramirez |
| | TCHR Complaint No. | : | 1A20184-S / 31CAZ00431 |
| | Complainant Party | : | Jennifer Gomez |
| | TCHR Complaint No. | : | 1A20091-S /31CAZ00220 |
| | Complainant Party | : | Isela Villarreal |
| | Respondent | : | Joiner Food Service |
| | Our File No. | : | 219-01 |

Dear Ms. Mendes:

At this time, I would ask that you please issue a "Right to Sue" letter on behalf of TCHR for my clients, Sara Sosa, Stacy Roberts, Mary Ramirez, Jennifer Gomez and Isela Villarreal. More than 180 days have elapsed since the filing of their claims and on March 28, 2002, mediation was held but was unsuccessful, I would therefore request that you issue my clients a "Right to Sue" letter at soon as possible.

Artemis  Square,  Suite  H-2   •   1200  Central  Blvd.   •   Brownsville,  Texas  78520

6330 Hwy 290 East, Suite 250
Austin, Texas 78723
P.O. Box 13006
Austin, Texas 78711-3006
http://welcome.to/tchr



(512) 437-3450
(512) 437-3478   Fax
(888) 452-4778   Toll Free
(512) 371-7473   TTY
(800) 735-2989   Texas Relay

## TEXAS COMMISSION ON HUMAN RIGHTS

April 4, 2002

DISMISSAL:  REQUEST FOR NOTICE OF RIGHT TO FILE A CIVIL ACTION

Isela Villarreal c/o
J. Arnold Aguilar
Artemis Square, Suite H-2
Brownsville, Texas 78520

REFERENCE:   Isela Villarreal v. Joiner Food Service
                    TCHR Complaint No.: 1A20091-S

Dear Ms. Villarreal:

This is to inform you that the above captioned matter is hereby administratively dismissed, pursuant to your request for Notice of Right to File a Civil Action, date received April 4, 2002.

This concludes the Commission's process of the subject complaint.

Sincerely,

*[signature]*

For. J.D. Powell
Executive Director

cc:     David Carava, Owner
        Joiner Food Service
        821 West Jackson
        Harlingen, Texas 78550

*"Texas Commission on Human Rights is an Equal Opportunity Employer"*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

IVillarreal/1A200091-S/DS/mlm
DAVID CARAVA OWNER
JOINER FOOD SERVICE
821 W JACKSON
HARLINGEN TX 78550

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery
APR 1 2002

C. Signature
X ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7001 1940 0005 3893 5700

PS Form 3811, March 2001 — Domestic Return Receipt — 102595-01-M-1424

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ISELA VILLARREAL
C/O J ARNOLD AGUILAR
1200 CENTRAL BLVD
ARTEMIS SQUARE H-2
BROWNSVILLE TX 78320

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery
4-4-02

C. Signature
X ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7001 1940 0005 3893 5694

PS Form 3811, March 2001 — Domestic Return Receipt — 102595-01-M-1424

## AFFIDAVIT FOR AUTHENTICATION OF BUSINESS RECORDS

STATE OF TEXAS            §
                          §
COUNTY OF TRAVIS          §

BEFORE ME, the undersigned authority, personally appeared Vickie V. Covington, who, being by me duly sworn, deposed and said:

1.    My name is Vickie V. Covington. I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts stated in it.

2.    I am the Acting Director of Enforcement of the Texas Commission on Human Rights and as such I am the custodian of the records attached to this affidavit.

3.    The records attached to this affidavit, *Mary Ramirez vs. Joiner Food Service, TCHR #1A20136-S, EEOC #31CA200314*, consists of *7 pages* kept by the Texas Commission on Human Rights in the regular course of its business. It was the regular course of that business for an employee or representative of the business with knowledge of the act, event, condition, or opinion recorded to make the record or to transmit information thereof to be included in such record. The record was made at or near the time of the act, event, condition, or opinion recorded, or reasonably soon thereafter. The attached records are the originals or exact duplicates of the originals.

*Vickie V. Covington*
VICKIE V. COVINGTON

SUBSCRIBED AND SWORN TO BEFORE ME on the ___16___ day of
___April___, 2003, to certify which witness my hand and official seal.

*Vicki L. Chesney*
Notary Public, in and for the
State of Texas

NOTARY PUBLIC
VICKI L. CHESNEY
Notary Public, State of Texas
My Commission Expires May 13, 2006
STATE OF TEXAS

<u>MEMORANDUM</u>

EEOC CHARGE NO. 31CA200314
TCHR CHARGE NO. 1A20136-S

TO:
         Deferral Coordinator
         U.S. Equal Employment Opportunity Commission

FROM:    Texas Commission on Human Rights

SUBJECT: MAILING OF MATERIAL TO COMPLAINANT/RESPONDENT

BASIS:   GF,
ISSUE:   S4
TYPE OF CLOSURE:

                                    SKELETON FILE

1.   <u>COMPLAINANT</u>

         NAME:          MARY RAMIREZ
         ADDRESS:       607 South Arroyo Blvd.
         CITY, ST, ZIP: Los Fresnos Texas 78566
         TELEPHONE #:   956/233-9421

2.   <u>COMPLAINANT'S ATTORNEY/REPRESENTATIVE</u>

         NAME:          J. Arnold Aguilar            \
         ADDRESS:       ARTEMIS SQUARE SUITE H2/1200 CENTRAL BLVD
         CITY, ST, ZIP: BROWNSVILLE TEXAS 78520
         TELEPHONE #:

3.   <u>RESPONDENT</u>

         NAME:          Delicia Sams, Human Resources Director
         COMPANY NAME:  ~~State of Texas Senate~~ *Joiner Food Svc*
         ADDRESS:       201 East 14th Street Suite 675
         CITY, ST, ZIP: Austin, TX 78701
         TELEPHONE #:   512/463-0300

4.   <u>RESPONDENT'S ATTORNEY/CORPORATE HEADQUARTERS</u>

         NAME:          DAVID CARAVA, OWNER JOINER FOOD SERVICES
         ADDRESS:       821 WEST JACKSON
         CITY, ST, ZIP: HARLINGEN, TX 78550
         TELEPHONE #:   956/423-2003

vam

TCHR                        Fax:5124373477                    Nov    '01  16:20      P.02

# CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☒ FEPA ☐ EEOC | |

| Texas Commission On Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Mary Ramirez | (956) 233-8799 |
| STREET ADDRESS  607 South Arroyo Blvd.  CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 400 Roberts Drive, Los Fresnos, Los Fresnos, TX 78566 | 02-11-73 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Joiner Food Service | Cat A (15-100) | (956) 423-2003 |
| STREET ADDRESS  CITY, STATE AND ZIP CODE | | COUNTY |
| 821 West Jackson, Harlingen, TX 78550 | | 061 |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| STREET ADDRESS  CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN   ☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify) | EARLIEST    LATEST  10/15/2000   02/19/2001  ☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

ORIGINAL RECEIVED April 11, 2001.

PERSONAL HARM:
1. During the course of my employment Mr. David Carava sexually harassed me.
2. On or about February 19, 2001, I was forced to resign.

RESPONDENT'S REASONS FOR ADVERSE ACTIONS:
1. None given.
2. Not applicable.

DISCRIMINATION STATEMENT:
I believe that I have been discriminated against in violation of the Texas Commission on Human Rights Act, as amended and Title VII of the Civil Rights Act, 1964, as amended because of my sex, female (sexual harassment) in that:

1. On or about July 2000, Mr. Carava began complimenting me and inviting me on dates.

2. On or about August 2000, Mr. Carava made me Office Manager and increased my salary to $8.00 per hour.  After a relationship developed between us, Mr. Carava increased my salary to $10.00 per hour and then to $17.00 per hour and in December, 2000 gave me a bonus of

**RECEIVED** JAN 15 2002

**TCHR**

## ** Text is Continued on Attached Sheet(s) **

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year) |
| Date                    Charging Party (Signature) | 01-10-02   *Frances Peña* |

EEOC FORM 5 (Rev. 07/99)

FRANCES PEÑA  NOTARY PUBLIC  STATE OF TEXAS  03-27-03

Nov 05 11:22 2001   CP Initials _____   Chg # , Attachment Page 1

--------------------------------------------------------------------------
Equal Employment Opportunity Commission
Form 5 - Charge of Discrimination, Additional Text
--------------------------------------------------------------------------

$200.00.

3.  Once I continued in the relationship with Mr. Carava he rewarded me
with gifts and increased salaries.  After I became aware that Mr. Carava
was having an affair with another employee, I discontinued the sexual
relationship and dates with him.

4. Thereafter Mr. Carava became threatening.  He began slamming doors,
yelling, passing derogatory remarks and making rude comments. On one
occasion, Mr. Carava broke a key board in front of me.  On other
occasions, he stated, "Once personal turns to business, business is
business you better watch it girl".

5.  On or about February 19, 2001, I was forced to resign.


_____          01-10-2002
Complainant                              Date


Frances Pena
Notary Public

LAW OFFICE
# J. ARNOLD AGUILAR

J. ARNOLD AGUILAR
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization

Board Certified - Civil Trial Law Advocate
National Board of Trial Advocacy

April 2, 2002

(956) 504-1100
Fax: (956) 504-1408
e-mail:aguilarlaw@aol.com

*via FACSIMILE (512) 437-3478*
**TEXAS COMMISSION ON HUMAN RIGHTS**
Attn:  Ms. Vera Mendes, Investigator
6330 Highway 290 East, Suite 250
P. O. Box 13006
Austin, TX  78711-3006

| Re: | TCHR Complaint No. | : | 1A20095-S / 31CA20016 |
|     | Complainant Party | : | Sara Sosa |
|     | TCHR Complaint No. | : | 1A20096-S / 31CA20015 |
|     | Complainant Party | : | Stacy Roberts |
|     | TCHR Complaint No. | : | 1A20136-S / 31CA200314 |
|     | Complainant Party | : | Mary Ramirez |
|     | TCHR Complaint No. | : | 1A20184-S / 31CA200431 |
|     | Complainant Party | : | Jennifer Gomez |
|     | TCHR Complaint No. | : | 1A20091-S / 31CA200220 |
|     | Complainant Party | : | Isela Villarreal |
|     | Respondent | : | Joiner Food Service |
|     | Our File No. | : | 219-01 |

Dear Ms. Mendes:

At this time, I would ask that you please issue a "Right to Sue" letter on behalf of TCHR for my clients, Sara Sosa, Stacy Roberts, Mary Ramirez, Jennifer Gomez and Isela Villarreal. More than 180 days have elapsed since the filing of their claims and on March 28, 2002, mediation was held but was unsuccessful, I would therefore request that you issue my clients a "Right to Sue" letter at soon as possible.

Artemis Square, Suite H-2  •  1200 Central Blvd.  •  Brownsville, Texas 78520

6330 Hwy 290 East, Suite 250
Austin, Texas 78723
P.O. Box 13006
Austin, Texas 78711-3006
http://welcome.to/tchr



(512) 437-3450
(512) 437-3478    Fax
(888) 452-4778    Toll Free
(512) 371-7473    TTY
(800) 735-2989    Texas Relay

## TEXAS COMMISSION ON HUMAN RIGHTS

April 4, 2002

DISMISSAL:  REQUEST FOR NOTICE OF RIGHT TO FILE A CIVIL ACTION

Mary Ramirez c/o
J. Arnold Aguilar
Artemis Square, Suite H-2
Brownsville, Texas 78520

REFERENCE:   Mary Ramirez v. Joiner Food Service
             TCHR Complaint No.:  1A20136-S

Dear Ms. Ramirez:

        This is to inform you that the above captioned matter is hereby administratively dismissed, pursuant to your request for Notice of Right to File a Civil Action, date received April 4, 2002.

        This concludes the Commission's process of the subject complaint.

                        Sincerely,

                        J.D. Powell
                        Executive Director


cc:     David Carava, Owner
        Joiner Food Service
        821 West Jackson
        Harlingen, Texas 78550



6330 Hwy 290 East, Suite 250
Austin, Texas 78723
P.O. Box 13006
Austin, Texas 78711-3006
http://welcome.to/tchr

(512) 437-3450
(512) 437-3478   Fax
(888) 452-4778   Toll Free
(512) 371-7473   TTY
(800) 735-2989   Texas Relay

## TEXAS COMMISSION ON HUMAN RIGHTS

## NOTICE OF RIGHT TO FILE A CIVIL ACTION

RE:    Mary Ramirez  vs. Joiner Food Service

TCHR Complaint Number:  1A20136-S

EEOC Charge:  31CA200314

Pursuant to Sections 21.252 and 21.254 of the Texas Labor Code, as amended, and Chapter 327, Section 327.7 of the Commission's Rules, this notice is to advise you of your right to bring a private civil action in state court in the above referenced case.  **PLEASE BE ADVISED THAT YOU HAVE SIXTY (60) DAYS FROM THE RECEIPT OF THIS NOTICE TO FILE THIS CIVIL ACTION.**

The United States Supreme Court has held in <u>Kremer v. Chemical Construction Corporation</u>, 456 U. S. 461 (1982), that a federal district court must generally dismiss a Title VII action involving the same parties and raising the same issues as those raised in a prior state court action under Chapter 21 of the Texas Labor Code.  Therefore, filing a lawsuit in state court based on the issuance of this notice of right-to-sue may prevent you from filing a lawsuit in federal court based on Title VII of the Civil Rights Act of 1964, as amended, 42 U. S. C. 2000e - <u>et seq</u>.

Sincerely,

*[signature]* Program
Supervisor

~~for~~    J.D. Powell
Executive Director

cc: Respondent

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARY RAMIREZ
C/O J ARNOLD AGUILAR
1200 CENTRAL BLVD
ARTEMIS SQUARE H-2
BROWNSVILLE TX 78320

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X    ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7001 1940 0005 3893 5656

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MRamirez1A20136-S/DS/mlm
DAVID CARAVA OWNER
JOINER FOOD SERVICE
821 W JACKSON
HARLINGEN TX 78550

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
APR 1 1 2002

C. Signature
X   Salina Dray   ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7001 1940 0005 3893 5663

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
(Brownsville Division)

| | | |
|---|---|---|
| MARY RAMIREZ, | § | |
| JENNIFER ANGELA GOMEZ, | § | |
| STACY AMY ROBERTS, | § | |
| SARA ANN SOSA and | § | |
| ISELA VILLARREAL, | § | |
| | § | |
| Plaintiffs | § | Civil Action No. |
| v. | § | B – 02 – CV - 239 |
| | § | |
| DAVID CARAVA and | § | |
| JOINER FOOD SERVICE, INC., | § | |
| | § | |
| Defendants | § | |

## AFFIDAVIT OF M. CHERYL KIRBY

On this date M. Cheryl Kirby personally appeared before me, the undersigned
Notary Public, and after being duly sworn, stated the following under oath:

1.      My name is M. Cheryl Kirby.  I am over 18 years of age. I competent to make this
affidavit.  I have personal knowledge of the facts stated herein, and they are all true and
correct.

2.      I am an attorney with the firm of Oppenheimer, Blend, Harrison and Tate, who
serves as legal counsel to David Carava in the above styled cause.

3.      In my capacity as legal counsel, on or about April 8, 2003, I requested certified
copies of the files of each of the plaintiffs from the Texas Commission on Human Rights
("TCHR").

4.      The following day, on April 9, 2003, an employee TCHR contacted me by
telephone and advised me that she had located the files of four of the plaintiffs, and

would certify and mail them to me within a few days. She also advised me that the file of Jennifer Angela Gomez could not be located at TCHR.

6.    On or about April 22, 2003, I contacted the plaintiffs' attorney, Arnold Aguilar, to obtain a copy of Jennifer Gomez's discrimination complaint and notice of right to sue.

7.    Arnold Aguilar agreed to send me the information I requested and advised me that he had filed the original complaint on behalf of the plaintiffs as a consolidated complaint and that he would provide me that as well.

8.    Arnold Aguilar provided me copies of the discrimination complaint and the notice of right to sue of Jennifer Angela Gomez. True and correct copies of these documents are attached to and incorporated into this affidavit.

9.    Arnold Aguilar also provided me copies of the original discrimination complaint that he filed on behalf of all the plaintiffs. A true and correct copy of the complaint is attached to and incorporated into this affidavit.

FURTHER AFFIANT SAYETH NOT.

Executed this 23 day of April, 2003.

BY: _M. Cheryl Kirby_
M. CHERYL KIRBY

SUBSCRIBED AND SWORN to before me on this 23rd day of April, 2003.

_Susan M. Kotzur_
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

DATE: 9/9/05

SUSAN M. KOTZUR
Notary Public, State of Texas
My Commission Expires Sept. 9, 2005

[TX/RX NO 5876]    10:45    W.    04/23/03

6330 Hwy 290 East, Suite 250
Austin, Texas 78723
P.O. Box 13006
Austin, Texas 78711-3006
http://welcome.to/tchr



(512) 437-3450
(512) 437-3478    Fax
(888) 452-4778    Toll Free
(512) 371-7473    TTY
(800) 735-2989    Texas Relay

## TEXAS COMMISSION ON HUMAN RIGHTS

April 4, 2002

DISMISSAL:  REQUEST FOR NOTICE OF RIGHT TO FILE A CIVIL ACTION

Jennifer Gomez c/o
J. Arnold Aguilar
Artemis Square, Suite H-2
Brownsville, Texas 78520

REFERENCE:   Jennifer Gomez v. Joiner Food Service
             TCHR Complaint No.: 1A20184-S

Dear Ms. Gomez:

   This is to inform you that the above captioned matter is hereby administratively dismissed, pursuant to your request for Notice of Right to File a Civil Action, date received April 4, 2002.

   This concludes the Commission's process of the subject complaint.

                              Sincerely,

                              J.D. Powell
                              Executive Director

cc:    David Carava, Owner
       Joiner Food Service
       821 West Jackson
       Harlingen, Texas 78550

*"Texas Commission on Human Rights is an Equal Opportunity Employer"*

[5876] 5876 ON XR/XT]   10:45   M   04/23/03

6330 Hwy 290 East, Suite 250
Austin, Texas 78723
P.O. Box 13006
Austin, Texas 78711-3006
http://welcome.to/tchr



(512) 437-3450
(512) 437-3478    Fax
(888) 452-4778    Toll Free
(512) 371-7473    TTY
(800) 735-2989    Texas Relay

## TEXAS COMMISSION ON HUMAN RIGHTS

## NOTICE OF RIGHT TO FILE A CIVIL ACTION

RE:    Jennifer Gomez  vs. Joiner Food Service

TCHR Complaint Number:  1A20184-S

EEOC Charge:  31CA200431

Pursuant to Sections 21.252 and 21.254 of the Texas Labor Code, as amended, and Chapter 327, Section 327.7 of the Commission's Rules, this notice is to advise you of your right to bring a private civil action in state court in the above referenced case.  **PLEASE BE ADVISED THAT YOU HAVE SIXTY (60) DAYS FROM THE RECEIPT OF THIS NOTICE TO FILE THIS CIVIL ACTION.**

The United States Supreme Court has held in Kremer v. Chemical Construction Corporation, 456 U. S. 461 (1982), that a federal district court must generally dismiss a Title VII action involving the same parties and raising the same issues as those raised in a prior state court action under Chapter 21 of the Texas Labor Code.  Therefore, filing a lawsuit in state court based on the issuance of this notice of right-to-sue may prevent you from filing a lawsuit in federal court based on Title VII of the Civil Rights Act of 1964, as amended, 42 U. S. C. 2000e - et seq.

Sincerely,

*Raymond J. Hammett, Program Supervisor*

**J.D. Powell**
**Executive Director**

cc: Respondent

*"Texas Commission on Human Rights is an Equal Opportunity Employer"*

**EXHIBIT "E"**

**ORDER SETTING CAUSE FOR DISMISSAL
FOR WANT OF PROSECUTION.**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY RAMIREZ, | § | |
| JENNIFER ANGELA GOMEZ, | § | |
| STACY AMY ROBERTS, | § | |
| SARA ANN SOSA and | § | CIVIL ACTION NO. |
| ISELA VILLARREAL | § | B - 02 - CV - 239 |
| | § | |
| VS. | § | |
| | § | |
| DAVID CARAVA and | § | |
| JOINER FOOD SERVICE, INC. | § | |

**ORDER GRANTING DEFENDANT DAVID CARAVA'S MOTION FOR
RECONSIDERATION OF PLAINTIFFS' MOTION FOR LEAVE TO FILE
PLAINTIFFS' FIRST AMENDED ORIGINAL COMPLAINT**

On this _____ day of _____, 2003, came on for consideration Defendant David Carava's Motion for Reconsideration of Plaintiffs' Motion for Leave to File Plaintiffs' First Amended Original Complaint ("Motion to Reconsider"), and the Court having considered said Motion is of the opinion that the Motion to Reconsider should be granted and Plaintiffs' Motion for Leave to File Plaintiffs' First Amended Original Complaint should be denied.

It is therefore ORDERED, ADJUDGED, AND DECREED that Defendant David Carava's Motion for Reconsideration of Plaintiffs' Motion for Leave to File Plaintiffs' First Amended Original Complaint is GRANTED and the Plaintiffs' Motion for Leave to File Plaintiffs' First Amended Original Complaint is DENIED.

SIGNED on this _____ day of _____, 2003.

_____
U.S. DISTRICT JUDGE ANDREW HANEN

311268-1

CAUSE NO. <u>2002-05-2203-C</u>

| | | |
|---|---|---|
| <u>MARY RAMIREZ, ET AL</u> | § | IN THE DISTRICT COURT |
| | § | |
| VS | § | CAMERON COUNTY, TEXAS |
| | § | |
| <u>DAVID CARAVA, ET AL</u> | § | 197TH JUDICIAL DISTRICT |

## ORDER SETTING CAUSE ON DISMISSAL FOR WANT OF PROSECUTION

It is hereby ordered that notice of the Court's intention to dismiss the above and entitled and numbered cause be given to each attorney of record and each party not represented by an attorney whose address is shown on the docket or in the papers on file. Such notice shall be by a postmarked copy of this order with the United States Postal Service.

On the <u>13th</u> day of <u>November, 2002</u> at <u>9:00 a.m.,</u> this cause will be dismissed for want of prosecution if not reinstated by the Court Within 30 days. If the Court determines to maintain the case on the docket, this case shall be set for trial. All motions for reinstatement must contain a motion and proposed order setting hearing to set cause for trial.

The case may be continued thereafter only for valid and compelling reasons specifically determined by court order.

Signed for entry on this <u>11th</u> of <u>October, 2002</u>.

_____
JUDGE PRESIDING

Copies to: **OCT 1 1 2002**

HON J. ARNOLD AGUILAR
DAVID CARAVA
JOINER FOOD SERVICE

FILED ___ O'CLOCK ___ M
AURORA DE LA GARZA. DIST. CLERK

OCT 1 1 2002

DISTRICT COURT CAMERON COUNTY TEXAS
BY _____ DEPUTY



**EXHIBIT "F"**

**ASSUMED NAME CERTIFICATES FILED WITH
STATE AND COUNTY WITH AUTHENTICATING AFFIDAVIT**

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
(Brownsville Division)

| | | |
|---|---|---|
| MARY RAMIREZ, | § | |
| JENNIFER ANGELA GOMEZ, | § | |
| STACY AMY ROBERTS, | § | |
| SARA ANN SOSA and | § | |
| ISELA VILLARREAL, | § | |
| | § | |
| Plaintiffs | § | Civil Action No. |
| v. | § | B – 02 – CV - 239 |
| | § | |
| DAVID CARAVA and | § | |
| JOINER FOOD SERVICE, INC., | § | |
| | § | |
| Defendants | § | |

## AFFIDAVIT OF JEROME B. COHEN

On this date Jerome B. Cohen personally appeared before me, the undersigned

Notary Public, and after being duly sworn, stated the following under oath:

1.      My name is Jerome B. Cohen.  I am over 18 years of age. I competent to make

this affidavit.  I have personal knowledge of the facts stated herein, and they are all true

and correct.

2.      I served as lead legal counsel in connection with the law firm of Oppenheimer,

Blend, Harrison & Tate, Inc.'s representation of David Carava in April and May of 2000.

In connection with our firm's representation of Mr. Carava, I prepared the documents on

Mr. Carava's behalf that caused DRC Distributors, Ltd. to be formed as a Texas limited

partnership.

3.      As required by Section 36.11 of the Texas Business and Commerce Code, I

further prepared an Assumed Name Certificate for DRC Distributors, Ltd., which

Assumed Name Certificate was filed with both the Secretary of State of Texas and the Cameron County Clerk. The assumed name under which DRC Distributors, Ltd. registered to transact business is "Joiner Food Service."

4.      The filing date of the Assumed Name Certificate with the Secretary of State of Texas was April 25, 2000. The filing date of the Assumed Name Certificate with the Cameron County Clerk was May 18, 2000. True and correct copies of the Assumed Name Certificate as filed with both the Secretary of State of Texas and with the Cameron County Clerk are attached to this affidavit.

FURTHER AFFIANT SAYETH NOT.

Executed this **23** day of April, 2003.

_____
JEROME B. COHEN

SUBSCRIBED AND SWORN to before me on this 23 day of April, 2003.



_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

DATE: 4/23/03

NANCY J. MEADE
MY COMMISSION EXPIRES
April 17, 2005



# The State of Texas

## Secretary of State

APR. 26, 2000

JEROME COHEN...OPPENHEIMER BLEND HARRISON &
711 NAVARRO, 6TH FL
SAN ANTONIO    ,TX 78205-1796


RE:
ORC DISTRIBUTORS, LTD.
FILING  NUMBER 00133555-10

ASSUMED NAME:
JOINER FOOD SERVICES

FILE DATE: APR. 25, 2000

DEAR SIR OR MADAM,

THE ASSUMED NAME CERTIFICATE FOR THE ABOVE REFERENCED INCORPORATED
BUSINESS OR PROFESSION HAS BEEN FILED IN THIS OFFICE.  THIS LETTER
MAY BE USED AS EVIDENCE OF THE FILING.

IN ADDITION TO FILING WITH THE SECRETARY OF STATE, CHAPTER 36 OF
THE TEXAS BUSINESS AND COMMERCE CODE REQUIRES FILING OF THE ASSUMED
NAME CERTIFICATE WITH THE COUNTY CLERK IN THE COUNTIES IN WHICH THE
REGISTERED OFFICE AND THE PRINCIPAL OFFICE OF THE CORPORATION ARE
LOCATED.




VERY TRULY YOURS,

Elton Bomer, Secretary of State

FILED
In the Office of the
Secretary of State of Texas

APR 2 5 2000

Corporations Section

**ASSUMED NAME CERTIFICATE**
**(Limited Partnership)**

1.  The name of the limited partnership as stated in its Certificate of Limited Partnership is:
    DRC Distributors, Ltd.

2.  The assumed name under which the business or professional service is or is to be conducted
    or rendered is: Joiner Food Services.

3.  The state, country, or other jurisdiction under the laws of which it was incorporated,
    organized or associated is Texas, and the address of its registered or similar office in that
    jurisdiction is: 821 West Jackson Street, Harlingen, Texas 78550.

4.  The period, not to exceed ten (10) years, during which the assumed name will be used is ten
    (10) years.

5.  The entity is a limited partnership.

6.  If the entity is required to maintain a registered office in Texas, the address of the registered
    office is: 821 West Jackson Street, Harlingen, Texas 78550, and the name of the registered
    agent at such address is: David R. Carava.

7.  The county or counties where business or professional services are being or are to be
    conducted or rendered under such assumed name are: All.

DRC DISTRIBUTORS, LTD.

By:    DRC MANAGEMENT COMPANY, INC., its
       General Partner

By:    _____
       David R. Carava, President

BEFORE ME on this _____ day of April, 2000, personally appeared David R. Carava, the
President of DRC Management Company, Inc., a Texas corporation, as general partner of DRC
Distributors, Ltd., a Texas limited partnership, and acknowledged to me that he executed the
foregoing certificate for the purposes therein expressed and in the capacity therein stated and on
behalf of the limited partnership.

LAURA S. AGUILAR
Notary Public, State of Texas
My Commission Expires Apr 27, 2000

_____
Notary Public, State of _Texas_

210998v1

Secretary of State

21994

VOL. 6296 PAGE 241

OFFICIAL RECORDS

## ASSUMED NAME CERTIFICATE
### (Limited Partnership)

1. The name of the limited partnership as stated in its Certificate of Limited Partnership is: DRC Distributors, Ltd.

2. The assumed name under which the business or professional service is or is to be conducted or rendered is: Joiner Food Services.

3. The state, country, or other jurisdiction under the laws of which it was incorporated, organized or associated is <u>Texas</u>, and the address of its registered or similar office in that jurisdiction is: 821 West Jackson Street, Harlingen, Texas 78550.

4. The period, not to exceed ten (10) years, during which the assumed name will be used is ten (10) years.

5. The entity is a limited partnership.

6. If the entity is required to maintain a registered office in Texas, the address of the registered office is: 821 West Jackson Street, Harlingen, Texas 78550, and the name of the registered agent at such address is: David R. Carava.

7. The county or counties where business or professional services are being or are to be conducted or rendered under such assumed name are: <u>All.</u>

DRC DISTRIBUTORS, LTD.

By:    DRC MANAGEMENT COMPANY, INC., its General Partner

By:    _David R. Carava, President_

BEFORE ME on this ____ day of April, 2000, personally appeared David R. Carava, the President of DRC Management Company, Inc., a Texas corporation, as general partner of DRC Distributors, Ltd., a Texas limited partnership, and acknowledged to me that he executed the foregoing certificate for the purposes therein expressed and in the capacity therein stated and on behalf of the limited partnership.

LAURA S. AGUILAR
Notary Public, State of Texas
My Commission Expires Apr. 27, 2000

Notary Public, State of ___Texas___

210998v1

Cameron County Clerk