

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED
JUL 0 7 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARY RAMIREZ ET AL.<br>Plaintiffs, | § § § | |
| VS. | § | CIVIL ACTION NO. B-02-239 |
| DAVID CARAVA ET AL.<br>Defendants. | § § § | |

## ORDER

Pending is Defendant David Carava's Motion for Reconsideration of Plaintiffs' Motion for Leave to File Plaintiffs' First Amended Complaint. See Docket Nos. 12, 19. As Defendant Carava's present motion is interrelated to the Plaintiffs' Motion to Remand, Docket No. 4, it requires reexamination of multiple legal contentions advanced by the parties thus far in several other filings. See Docket Nos. 1, 8, 9, 19, 20, 21. One of these contentions involves the citizenship of DRC Distributors, Ltd. ("DRC") and its potential impact on the propriety of the motion to remand.

Accordingly, the Court hereby **ORDERS** the parties to submit a joint statement clarifying the organizational relationship between DRC and DRC Management Corporation and the jurisdictional relevance of same, if any. The Court further **ORDERS** the parties to identify all partners of DRC and their citizenship as well. Any disputed material facts or legal contentions not previously addressed regarding DRC and DRC Management Corporation or the partners of DRC or their citizenship should be brought to the Court's attention.

Signed in Brownsville, Texas, this 30th day of June, 2003.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE