

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 6 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARY RAMIREZ, § | |
| JENNIFER ANGELA GOMEZ, § | |
| STACY AMY ROBERTS, § | |
| SARA ANN SOSA and § | CIVIL ACTION NO. |
| ISELA VILLARREAL § | |
| § | B - 02 - CV - 239 |
| VS. § | |
| § | |
| DAVID CARAVA and § | |
| JOINER FOOD SERVICE, INC. § | |

## PLAINTIFFS' NOTICE OF APPEARANCE OF CO-COUNSEL

Please take notice that Plaintiffs **MARY RAMIREZ, JENNIFER ANGELA GOMEZ, STACY AMY ROBERTS, SARA ANN SOSA** and **ISELA VILLARREAL**, in the above styled and numbered cause designate

> Mr. John J. Jordan, Jr.
> *LAW OFFICE J. ARNOLD AGUILAR*
> Artemis Square, Suite H-2
> 1200 Central Boulevard
> Brownsville, TX 78520
> Telephone: (956) 504-1100
> Facsimile: (956) 504-1408

as Co-Counsel. Co-Counsel will be entitled to receive, review and appear before this Honorable Court relating to matters in this cause. **Counsel listed below will remain as lead counsel for the Plaintiffs to have full control and management of Plaintiffs' cause.**

>Mr. J. Arnold Aguilar
>*LAW OFFICE J. ARNOLD AGUILAR*
>Artemis Square, Suite H-2
>1200 Central Boulevard
>Brownsville, TX 78520
>Telephone: (956) 504-1100
>Facsimile: (956) 504-1408

Signed the 15th day of July, 2003.

>Respectfully submitted,
>
>**LAW OFFICE**
>**J. ARNOLD AGUILAR**
>Artemis Square, Suite H-2
>1200 Central Boulevard
>Brownsville, Texas 78520
>Telephone    : (956) 504-1100
>Facsimile    : (956) 504-1408
>
>By: _____
>     J. Arnold Aguilar
>     State Bar No. 00936270
>     Federal Adm. No. 6822
>     Lead Counsel for Plaintiffs
>
>John J. Jordan, Jr.
>State Bar No. 00796852
>Federal Adm. No. 21304
>Co-Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **PLAINTIFFS' NOTICE OF APPEARANCE OF CO-COUNSEL** has on this the ___16th___ day of July, 2003, been forwarded to:

Ms. M. Cheryl Kirby
OPPENHEIMER, BLEND, HARRISON
   & TATE, INC
711 Navarro, Suite 600
San Antonio, TX 78205

Mr. Benjamin M. Yudesis
Attorney at Law
322 E. Harrison Avenue, Suite A
Harlingen, TX 78550

_____
J. Arnold Aguilar