IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
(Brownsville Division)

United States District Court
Southern District of Texas
FILED

JUL 2 2 2003

Michael N. Milby
Clerk of Court

MARY RAMIREZ, §
JENNIFER ANGELA GOMEZ, §
STACY AMY ROBERTS, §
SARA ANN SOSA and §
ISELA VILLARREAL, §
 §
Plaintiffs § Civil Action No.
v. § B – 02 – CV - 239
 §
DAVID CARAVA and §
JOINER FOOD SERVICE, INC., §
 §
Defendants §

## JOINT STATEMENT OF PARTIES

COME NOW the parties to the above styled cause and submit their joint statement clarifying the relationship between DRC Distributors, Ltd. ("DRC") and DRC Management Company, Inc. as directed by the Court's Order of July 6, 2003.

1.  DRC Distributors, Ltd. is a Texas limited partnership. Since December 9, 2002, DRC Distributors, Ltd. has had no active trade or business and no assets,[1] and is now in

---

[1] DRC Distributors, Ltd. purchased the assets of Joiner Food Service, Inc. on May 22, 2000. As partial consideration for such purchase, DRC Distributors, Ltd. delivered a Promissory Note payable to Joiner Food Service, Inc. in the original principal amount of $915,438.52. By mid-2002 it had become apparent that the business being operated by DRC Distributors, Ltd. was not going to be financially viable and DRC Distributors, Ltd. discontinued all operations. Having no further source of revenue from which to continue servicing the promissory note, on December 9, 2002, DRC Distributors, Ltd. entered into an agreement to transfer the assets then owned by DRC Distributors, Ltd. back to Joiner Food Service, Inc. and Aaron A. Joiner in full satisfaction of all outstanding debts and obligations of DRC Distributors, Ltd. owing to Joiner Food Service, Inc. and Aaron A. Joiner. No distributions of profits were made to any of the partners of DRC Distributors, Ltd.

1

the process of having its Certificate of Limited Partnership cancelled by the filing of a Certificate of Cancellation.

2.   DRC Management Company, Inc.[2] is a Texas corporation that is the general partner of DRC Distributors, Ltd. DRC Management Company, Inc. has no assets and, as of March 22, 2002, the corporate charter of DRC Management Company, Inc., was forfeited for the nonpayment of Texas franchise tax.

3.   David Carava, a California citizen, owns a ninety-eight percent (98%) ownership interest in DRC Distributors, Ltd. as a limited partner.

4.   Carol Carava, a California citizen, owns a one percent interest (1%) in DRC Distributors, Ltd. as a limited partner.

5.   DRC Management Company, Inc. owns a one percent (1%) interest in DRC Distributors, Ltd. as the general partner.

The foregoing information is provided by counsel for Defendant David Carava. Plaintiff's counsel states he has no evidence to dispute it.

In response to the court's order to clarify the jurisdictional relevance of the organizational relationships described above, both entities being Texas citizens, none of the parties know of any additional relevance that the relationship between DRC Distributors, Ltd. and DRC Management Company, Inc. has to the issue of whether the Court has jurisdiction over the case at bar.

---

[2] To the knowledge of the parties, DRC Management Corporation named in the Court's Order does not exist.

Respectfully submitted,

OF COUNSEL:
OPPENHEIMER, BLEND,
HARRISON & TATE, INC.

Richard L. Manas, Attorney-in-Charge
Texas State Bar No. 00794931
Southern District of Texas Bar No. 21509
M. Cheryl Kirby, Associate, Of Counsel
Texas State Bar No. 00794097
Southern District of Texas Bar No. 23528
711 Navarro, Suite 600
San Antonio, Texas 78205
Telephone: (210) 224-2000
Facsimile:  (210) 224-7540

Counsel for Defendant, David Carava

AGREED:

J. Arnold Aguilar
State Bar No. 00936270
Federal Adm. No. 6822
Law Office J. Arnold Aguilar
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone: (956) 504-1100
Facsimile:  (956) 504-1408
Attorney for Plaintiffs

Benjamin M. Yudesis
322 E. Harrison, Ste. A
Harlingen, Texas 78550
Telephone: (956) 423-2334
Facsimile:  (956) 423-4461
State Bar No. 22232300
Counsel for Defendant, Joiner
Food Service, Inc.