

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 6 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARY RAMIREZ, <br> JENNIFER ANGELA GOMEZ, <br> STACY ANN SOLA, and <br> ISELA VILLARREAL <br><br> Plaintiffs <br><br> vs. <br><br> DAVID R. CARAVA, and <br> JOINER FOOD SERVICE, INC., <br><br> Defendants | Civil Action No. B-02-CV-00239 |

## DEFENDANT, JOINER FOOD SERVICES, INC.'S, MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Benjamin M. Yudesis, Esq., attorney of record for Joiner Food Service, Inc., a defendant in the above entitled and numbered case, and respectfully moves this court to substitute Robert J. Banks, Esq. as attorney of record for said Defendant in this Case.

Wherefore, premises considered, said Attorney of Record prays that this court grant this motion, enter orders in accordance therewith, and for such other and further relief as to which Defendant shall be shown to be entitled.

                Respectfully submitted,

_____
Benjamin M. Yudesis, Esq.
Texas Bar No. 22232300
Attorney at Law
Suite A
322 East Harrison Avenue
Harlingen, Texas 78550-9136
956-423-2334 (Telephone)
956-423-4461 (Telecopier)


## CONSENT OF CLIENT AND SUBSTITUTE COUNSEL

The undersigned hereby consent to the appointment of Robert J. Banks, Esq. as attorney of record for Defendant, Joiner Food Service, Inc., and agree that said substitution of counsel in this cause shall not be used as a ground for a continuance.

_____
Aaron A. Joiner, President
Joiner Food Service, Inc.

_____
Robert J. Banks, Esq.
Texas Bar No. 01686020
Southern District Bar No. 10703
218 East Harrison Avenue
Harlingen, Texas 78550-9134
956-423-3745 (Telephone)
956-423-3746 (Telecopier)

Substituted Attorney for Defendant,
Joiner Food Service, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August 2003 I caused to be delivered, *via* telecopier, a true copy of the foregoing Defendant, Joiner Food Service, Inc.'s, Motion to Substitute Counsel to the following attorneys of record:

| | |
|---|---|
| J. Arnold Aguilar, Esq.<br>Law Office of J. Arnold Aguilar<br>Suite H-2<br>1200 Central Boulevard<br>Brownsville, Texas 78520-7537 | Telecopier No. 956-504-1408 |
| Richard I. Manas, Esq.<br>Ms. M. Cheryl Kirby<br>Oppenheimer, Blend, Harrison<br>  & Tate, Inc.<br>Suite 600<br>711 Navarro Street<br>San Antonio, Texas 78205-1796 | Telecopier No. 210-224-2000 |

_____
Robert J. Banks